**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| IQ DENTAL SUPPLY, LLC, | |
| Debtor. | |

### NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

On December 8, 2023 (the "Petition Date"), IQ Dental Supply, LLC (the "Debtor"), filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of New Jersey. The Debtor is operating its business and managing its affairs as debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

The Debtor, with the assistance of legal advisors and other professionals, has prepared the Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA") pursuant to Section 521 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 1007. These Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Notes and Disclaimers") pertain to all of the Schedules and the SOFA. While the Debtor's management has made reasonable efforts to ensure that the Schedules and SOFA are accurate and complete based on information that was available to it at the time of preparation, subsequent information or discovery may result in changes to these Schedules and SOFA, and inadvertent errors or omissions may exist in the Schedules and SOFA. Moreover, the Schedules and SOFA contain unaudited information that is subject to further review and potential adjustment. Nothing contained in the Schedules or SOFA shall constitute a waiver of any of the Debtor's rights or an admission with respect to this Chapter 11 case including, without limitation, any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and any other applicable laws to recover assets or avoid transfers. These Notes and Disclaimers are incorporated by reference herein, and comprise an integral part of, the Schedules and SOFA, and should be referred to and reviewed in connection with any review of the Schedules and SOFA. Nothing contained on the Schedules and SOFA shall waive any rights to assert that an alleged lease is a disguised security interest.

**Amendment.** While reasonable efforts were made to file complete and accurate Schedules and SOFA, inadvertent errors or omissions may exist. The Debtor thus reserves the right to amend and/or supplement the Schedules and SOFA from time to time as may be necessary or appropriate.

**Dates.**  To the best of the Debtor's ability and knowledge, all asset information is listed as of the Petition Date and all liability information is listed as of the Petition Date.

**Basis of Presentation.**  The Schedules and SOFA do not purport to represent financial information or data prepared in accordance with U.S. Generally Accepted Accounting Principles. The Debtor reserves all rights with respect to the values, amounts and characterizations of the assets and liabilities listed in its Schedules and SOFA.

**Causes of Action.**  Despite reasonable efforts to identify all known assets, the Debtor may not have identified or set forth all of their causes of action (filed or potential) as assets in the Schedules and SOFA.  Notwithstanding this, the Debtor reserves all of its rights with respect to any causes of action it may have, whether or not listed as assets in the Schedules and SOFA, and neither these Notes and Disclaimers nor the Schedules and SOFA shall be deemed a waiver of any such causes of action.

**Dates.**  Unless otherwise indicated, all asset and liability information in the Schedules and SOFA is provided as of the Petition Date.

**Leases**.  The Debtor has not included in the Schedules and SOFA future obligations under any leases.

**Litigation**:  Identification of litigation as a claim against the Debtor does not constitute an admission or acknowledgment that the Debtor is, in fact, properly a defendant in such litigation.

**Totals.**  All totals that are included in the Schedules and SOFA represent totals of all of the known amounts included on the Schedules and SOFA.  To the extent that there are unknown or undetermined amounts, the actual total may be different than the listed total, at times materially.

**Current Market Value of Assets.**  Unless otherwise indicated, net book values are reflected in the Debtor's Schedules and SOFA.  For this reason, amounts ultimately realized may vary from net book value and such variance may be material.  Thus, unless otherwise noted, the Schedules and SOFA reflect the carrying value of the assets as recorded on the Debtor's books and are not based upon any estimate of its current market value unless so indicated.  Exceptions to this include operating cash, which is presented as bank balances as of the Petition Date. Certain other assets are listed as "Unknown" amounts because the net book values may materially differ from fair market value.  The amounts shown for assets and liabilities exclude items identified as "Unknown" and the Debtor's ultimate assets and liabilities may differ materially from those stated in the Schedules and SOFA.

**Claims Descriptions.**  Any failure to designate a claim on the Debtor's Schedules and SOFA as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated."  Listing a claim does not constitute an admission of liability by the Debtor. The Debtor reserves the right to dispute any claims reflected on their Schedules or SOFA on any grounds, including to assert an offset or

any defense to any claim reflected on the Schedules and/or SOFA with respect to, but not limited to, amount, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent" or "unliquidated." The Debtor reserves the right to amend these Schedules and SOFA accordingly.

**Classifications.** Listing a claim on (i) Schedule E as "priority" or (ii) Schedule F as "unsecured nonpriority," or listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to recharacterize or reclassify such claim or contract. In particular, the Debtor reserves the right to amend the Schedules and SOFA to recharacterize or reclassify any such contract or claim.

**Notes and Disclaimers Control.** In the event the Schedules and SOFA differ from the foregoing Notes and Disclaimers, the Notes and Disclaimers shall control.

**Recharacterization.** The Debtor has made reasonable efforts to characterize, classify, categorize or designate the claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and SOFA correctly. The Debtor, however, may have inadvertently characterized, classified, categorized or designated certain items mistakenly. Thus, the Debtor reserves its right to recharacterize, reclassify, recategorize or redesignate items reported in the Schedules and SOFA at a later time as necessary or appropriate as additional information becomes available, including, but not limited to, whether contracts listed herein were executory as of the Petition Date or remain executory post-petition.

4885-6953-0004, v. 1

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **IQ Dental Supply, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-4290694** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **353 Route 46W, Building C, Unit 120**<br>**Fairfield, NJ 07004**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Essex**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.iqdentalsupply.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     **IQ Dental Supply, LLC**                                      Case number (*if known*) _____
　　　　　　Name

**7.   Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　__3391__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

Debtor  **IQ Dental Supply, LLC**
_____  Case number (*if known*) _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **IQ Dental Supply, LLC**                                                    Case number (*if known*)
          Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor    **IQ Dental Supply, LLC**                                              Case number (*if known*) _____
          Name

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  8, 2023**
               MM / DD / YYYY

**X** **/s/ Sergey Kunin** _____          **Sergey Kunin** _____
Signature of authorized representative of debtor            Printed name

Title    **Managing Member** _____

---

**18. Signature of attorney**

**X** **/s/ Richard D. Trenk** _____          Date    **December  8, 2023**
Signature of attorney for debtor                                       MM / DD / YYYY

**Richard D. Trenk**
Printed name

**Trenk Isabel Siddiqi & Shahdanian P.C.**
Firm name

**290 W. Mt. Pleasant Avenue**
**Suite 2370**
**Livingston, NJ 07039**
Number, Street, City, State & ZIP Code

Contact phone    **(973) 533-1000**          Email address    **rtrenk@trenkisabel.law**

**016951982 NJ**
Bar number and State

---

## RESOLUTION OF SPECIAL MEETING OF
## MEMBERS OF IQ DENTAL SUPPLY, LLC

I hereby certify that at a duly called and special meeting of IQ Dental Supply, LLC., a

New Jersey limited liability company (the "Company"), held on the ___th day of November

2023, the following Resolutions was proposed and unanimously adopted by all Members

present:

**RESOLVED,** that the aforementioned Company, in view of its financial condition, be and is hereby authorized and directed on behalf of the Company, to file a petition under chapter 11 of the Bankruptcy Code and retain the services of counsel and other professionals, as necessary, for the purposes of preparing, filing, and prosecuting a petition under chapter 11, and to take all steps necessary and related thereto, and that Sergey Kunin, Managing Member of the Company, is hereby authorized to execute the Petition and any other pleadings or documents they deem necessary in connection with the Company's chapter 11 case; and it is further

**RESOLVED,** that Sergey Kunin, Managing Member of the Company, of the Company, be and hereby is authorized and directed in the name and on behalf of the Company, to prepare, execute, issue, deliver, and/or file any and all such further agreements, certificates, instruments, letters, and pleadings and other documents, and to perform any and all such acts, as they may deem necessary or desirable to effectuate fully the foregoing Resolution; and it is further

**RESOLVED,** that the Company is authorized to retain the law firm of Trenk Isabel Siddiqi & Shahdanian, P.C. to represent the Company in connection with the Chapter 11 filing.

In certification hereof, I do set my hand and seal this _____th day of November, 2023.

SGD INTERNATIONAL INC.

By: _____

Managing Member of IQ Dental Supply,
LLC
Sergey Kunin,

Director of SGD International Inc.,
Member
Donna S. Allman

4887-2133-5698, v. 1

## RESOLUTION OF SPECIAL MEETING OF
## MEMBERS OF IQ DENTAL SUPPLY, LLC

I hereby certify that at a duly called and special meeting of IQ Dental Supply, LLC., a New Jersey limited liability company (the "Company"), held on the ____th day of November 2023, the following Resolutions was proposed and unanimously adopted by all Members present:

**RESOLVED,** that the aforementioned Company, in view of its financial condition, be and is hereby authorized and directed on behalf of the Company, to file a petition under chapter 11 of the Bankruptcy Code and retain the services of counsel and other professionals, as necessary, for the purposes of preparing, filing, and prosecuting a petition under chapter 11, and to take all steps necessary and related thereto, and that Sergey Kunin, Managing Member of the Company, is hereby authorized to execute the Petition and any other pleadings or documents they deem necessary in connection with the Company's chapter 11 case; Notwithstanding the above, Sergey Kunin must first obtain the written authorization of SGD International Inc to file the Petition, and any other pleadings or documents that involve economic issues such as the final plan of chapter 11 bankruptcy and contracts with third parties. and it is further

**RESOLVED,** that Sergey Kunin, Managing Member of the Company, be and hereby is authorized and directed in the name and on behalf of the Company, to prepare, execute, issue, deliver, and/or file any and all such further agreements, certificates, instruments, letters, and pleadings and other documents, and to perform any and all such acts, as they may deem necessary or desirable to effectuate fully the foregoing Resolution; and it is further Notwithstanding the above, Sergey Kunin must first obtain the written authorization of SGD International to prepare, execute, issue, deliver, and/or file any and all such further agreements, certificates, instruments, letters, and pleadings and other documents, and to perform any and all such acts, as they may deem necessary or desirable to effectuate fully the foregoing Resolution which such instruments involve economic issues such as contracts with third parties, including lending instruments, and it is further

**RESOLVED,** that the Company is authorized to retain the law firm of Trenk Isabel Siddiqi & Shahdanian, P.C. to represent the Company in connection with the Chapter 11 filing.

In certification hereof, I do set my hand and seal this _____th day of November, 2023.

SGD INTERNATIONAL INC.

By: _____

_____
Managing Member of IQ Dental Supply, LLC

Sergey Kunin

Director of SGD International Inc.,
Member

Donna S. Allman

4887.2112.5698,v. 1
29024991v.1

**Fill in this information to identify the case:**

Debtor name    **IQ Dental Supply, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December  8, 2023**     X */s/ Sergey Kunin*
                                                 Signature of individual signing on behalf of debtor

                                                 **Sergey Kunin**
                                                 Printed name

                                                 **Managing Member**
                                                 Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | IQ Dental Supply, LLC |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **3M Oral Care 2510 Conway Avenue St. Paul, MN 55144-1000** | **Attn: Legal/Bankruptcy** 888-364-3577 | **Trade debt** | | | | $332,159.67 |
| **Aidite (Qinhuangdoa) Technology Co. Advanced Dental Materials 600 Technology Park Suite 108 Lake Mary, FL 32746** | 407-567-7827 | **Trade debt** | | | | $324,039.62 |
| **Air Techniques Products 1295 Walt Whitman Road Melville, NY 11747** | Esteban Reinhardt orders@airtechniques.com 516-433-7676 | **Trade debt** | | | | $121,533.97 |
| **Align Technology/ iTero 410 North Scottsdale Road, Suite 1300 Tempe, AZ 85281** | **Attn: Legal/Bankruptcy** iterosupport@aligntech.com 800-577-8767 | **Trade debt** | | | | $58,890.00 |
| **American Eagle Instruments, Inc 6575 Butler Creek Rd. Missoula, MT 59808** | **Attn: Legal/Bankruptcy** customerservice@younginnovations.com (800) 551-5172 | **Trade debt** | | | | $50,753.23 |

Debtor   **IQ Dental Supply, LLC**_____        Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express World Financial Center 200 Vessey Street New York, NY 10285** | **Attn: Legal Department/Bankruptcy** | **Credit card purchases** | | | | **$128,000.00** |
| **American Express World Financial Center 200 Vessey Street New York, NY 10285** | **Attn: Legal Department/Bankruptcy** | **Credit card purchases** | | | | **$513,938.28** |
| **Capital One 1680 Capital One Drive McLean, VA 22102-3491** | **Attn: Legal Department** | **Credit card purchases** | | | | **$70,220.33** |
| **Crown Delta Corporation 1520 Front Street Yorktown Heights, NY 10598** | **914-245-8912 914-245-8910** | **Trade debt** | | | | **$257,266.77** |
| **Dentsply Caulk Dentsply International Inc. 570 West College Ave York, PA 17401** | | **Trade debt** | | | | **$124,935.80** |
| **Dentsply Professional Dentsply International Inc. 570 West College Ave York, PA 17401** | **717-848-3739 717-845-7511** | **Trade debt** | | | | **$111,357.82** |
| **EcoGuard,Inc 700 S Battleground Ave #103 Grover, NC 28073** | **704-322-3710** | **Trade debt** | | | | **$52,400.00** |
| **Forest Dental 301 Lindenwood Drive Suite 100 Malvern, PA 19355** | **forestsales@dentalez.com 610-725-8004** | **Trade debt** | | | | **$108,093.30** |
| **GC America Inc. 3737 W. 127th St Alsip, IL 60803** | **800-323-7063** | **Trade debt** | | | | **$164,678.23** |

Debtor   **IQ Dental Supply, LLC**                                    Case number *(if known)* _____
         <sub>Name</sub>

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Midmark 60 Vista Drive Versailles, OH 45380** | **937-526-3662** | **Trade debt** | | | | **$80,679.21** |
| **NDC Inc. 402 BNA Drive, Suite 500 Nashville, TN 37217** | **Attn: Marcus Williams**<br><br>**mwilliams2@ndci-inc.com 629-237-8815** | **Trade debt** | | | | **$230,718.27** |
| **Safe-Dent Enterprises LLC 4 Orchard Hill Drive Monsey, NY 10952** | **Hedy Worch**<br><br>**(845) 362-0141** | **Trade debt** | | | | **$49,437.75** |
| **Septodont 205 Granite Run Drive, Suite 150 Lancaster, PA 17601** | **800-872-8305** | **Trade debt** | | | | **$54,673.71** |
| **TD Bank 1701 Marlton Pike E Cherry Hill, NJ 08003** | | **Credit card purchases** | | | | **$48,085.95** |
| **Vatech America Inc. 2200 Fletcher Avenue Suite 705A Fort Lee, NJ 07024** | **201-210-5028** | **Trade debt** | | | | **$145,897.00** |

**Fill in this information to identify the case:**

Debtor name ___ **IQ Dental Supply, LLC**

United States Bankruptcy Court for the: ___ DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:    Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................................................  $    **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*..............................................................................................................  $    **10,092,591.88**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*................................................................................................................  $    **10,092,591.88**

**Part 2:    Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $    **3,385,345.70**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................  $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................  +$    **4,712,912.24**

4.  Total liabilities ........................................................................................................................................
    Lines 2 + 3a + 3b    $    **8,098,257.94**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
| :--- |
| Debtor name   **IQ Dental Supply, LLC** |
| United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property               12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| :--- | :--- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| :--- | :--- | :--- | ---: |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| :--- | :--- | :--- | :--- | ---: |
| 3.1. | **East West Bank** | **Operating Account for IQ Dental Supply, LLC** | **5094** | $0.00 |
| 3.2. | **East West Bank** | **Depository account for IQ Dental Supply, LLC** | **4700** | $0.00 |
| 3.3. | **Chase Bank** | **Business Account for IQ Dental Supply, LLC** | **0314** | $126,295.82 |
| 3.4. | **TD Bank** | **Business Account for Alliance Dental Supply, Inc.** | **4549** | $13,551.61 |
| 3.5. | **TD Bank** | **Business Account for IQ Dental Education Inc.** | **0314** | $5,667.72 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          | $145,515.15 |

| Part 2: | Deposits and Prepayments |
| :--- | :--- |

Debtor    **IQ Dental Supply, LLC**_____     Case number *(If known)* _____
          <sub>Name</sub>

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.

☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security deposit held by Di Geronimo Realty** | **$3,300.00** |
| 7.2. | **Security deposit held by F.G.N Associates LLC** | **$2,200.00** |
| 7.3. | **Security deposit held by LMAN LNT LLC** | **$20,000.00** |
| 7.4. | **Security deposit held by TCII Land, LP** | **$4,800.00** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepayment or credit balance paid to vendor, AFP Imaging** | **$266.15** |
| 8.2. | **Prepayment or credit balance paid to vendor, BonArt** | **$5.00** |
| 8.3. | **Prepayment or credit balance paid to vendor, Brandt Equipment** | **$590.67** |
| 8.4. | **Prepayment or credit balance paid to vendor, Deepak / Keystone** | **$70.60** |
| 8.5. | **Prepayment or credit balance paid to vendor, DeLar** | **$10.50** |
| 8.6. | **Prepayment or credit balance paid to vendor, Dental Chair Adaptors** | **$290.00** |
| 8.7. | **Prepayment or credit balance paid to vendor, Enbio Corp.** | **$16,959.15** |
| 8.8. | **Prepayment or credit balance paid to vendor, Jazzing Imaging** | **$2,210.48** |

Debtor    **IQ Dental Supply, LLC**                                    Case number *(If known)* _____
                   Name

| 8.9. | Prepayment or credit balance paid to vendor, Kinetic Instruments | $120.00 |
|---|---|---|
| 8.10. | Prepayment or credit balance paid to vendor, Medtexx | $17,525.00 |
| 8.11. | Prepayment or credit balance paid to vendor, Microbrush International | $318.18 |
| 8.12. | Prepayment or credit balance paid to vendor, Microtech | $1,484.26 |
| 8.13. | Prepayment or credit balance paid to vendor, MTI Dental Products | $41.00 |
| 8.14. | Prepayment or credit balance paid to vendor, Noel's Installation LLC | $3,894.50 |
| 8.15. | Prepayment or credit balance paid to vendor, Polaroid Dental Imaging | $1,495.00 |
| 8.16. | Prepayment or credit balance paid to vendor, Proma | $5,398.52 |
| 8.17. | Prepayment or credit balance paid to vendor, RAY America | $3,685.00 |
| 8.18. | Prepayment or credit balance paid to vendor, Safe-Vac | $1,350.00 |
| 8.19. | Prepayment or credit balance paid to vendor, SprinRay Inc. | $4,906.39 |
| 8.20. | Prepayment or credit balance paid to vendor, Suni Medical Imaging | $3,400.00 |
| 8.21. | Prepayment or credit balance paid to vendor, Teal's Express Inc. | $123.00 |
| 8.22. | Prepayment or credit balance paid to NJ Department of Treasury | $277.25 |

Debtor    **IQ Dental Supply, LLC**                                    Case number *(If known)* _____
        Name

| 8.23. | **Prepayment or credit balance paid to vendor, Uni-Med Midwest, Inc.** | $19.50 |
| 8.24. | **Prepayment or credit balance paid to vendor, Vaniman** | $1.50 |
| 8.25. | **Prepaid commissions paid to Jerry Handleman** | $49,501.00 |
| 8.26. | **Prepaid commissions paid to Carl Radicone** | $65,104.00 |
| 8.27. | **Prepaid commissions paid to Paul Schneider** | $17,989.00 |
| 8.28. | **Prepaid commissions paid to RIchard Brot** | $13,066.00 |
| 8.29. | **Prepaid commissions paid to Chris Clemson** | $124,244.00 |
| 8.30. | **Prepaid commissions paid to Eddie Cooley** | $92,602.00 |
| 8.31. | **Prepaid commissions paid to Vince Galasso** | $8,665.00 |
| 8.32. | **Prepaid commissions paid to Alex Wallerstein** | $38,618.00 |
| 8.33. | **Prepaid commissions paid to Peter Lombardo** | $42,206.00 |

9.    **Total of Part 2.**                                                                    | $546,736.65 |
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

  ☐ No.  Go to Part 4.
  ☑ Yes Fill in the information below.

11.    **Accounts receivable**

Debtor    **IQ Dental Supply, LLC**                                    Case number *(If known)* _____
_____
Name

| 11a. 90 days old or less: | **1,820,186.15** | - | **0.00** | = .... | **$1,820,186.15** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **533,977.80** | - | **533,977.80** | =.... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | **$1,820,186.15** |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Inventory and supplies** | | **Unknown** | **Recent cost** | **$7,579,626.93** |

| 23. | **Total of Part 5.** | | **$7,579,626.93** |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value    **173,864.25**    Valuation method _____    Current Value    **173,864.25**

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Debtor | **IQ Dental Supply, LLC** | Case number *(If known)* |
|--------|---------------------------|--------------------------|
|        | Name                      |                          |

**Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 39. **Office furniture** **Office furniture and fixtures** | **$52,960.72** | | **Unknown** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Office equipment, computer and communcation systems equipment, and software** | **$41,117.51** | | **Unknown** |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$0.00** |
|--|-----------|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|-------------------------------------------------------------------------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2019 Chevrolet Colorado, 135,687 miles** | **$12,217.17** | | **Unknown** |
| 47.2.  **2022 Subaru Forester, 18,000 miles** | **$25,491.69** | | **Unknown** |
| 47.3.  **2018 Subaru Forester, 211,855 miles** | **$6,133.16** | | **Unknown** |
| 47.4.  **2019 Ford Transit, 91,176 miles** | **$30,504.14** | | **Unknown** |

Debtor    **IQ Dental Supply, LLC**                                    Case number *(If known)* _____
          _____
          Name

| | | | |
|---|---|---|---|
| 47.5. | **2017 Subaru Forester, 177,929 miles** | **$3,244.52** | **Unknown** |
| 47.6. | **2018 Subaru Forester, 89,807 miles** | **$6,551.04** | **Unknown** |
| 47.7. | **2021 Ford Transit, 61,281 miles** | **$27,028.77** | **Unknown** |
| 47.8. | **2019 Ford Transit, 69,958 miles** | **$21,531.73** | **Unknown** |
| 47.9. | **2018 Toyota Tundra, 64,042 miles** | **$6,290.84** | **Unknown** |
| 47.10. | **2021 Ford Bronco, 60,000 miles** | **$22,989.06** | **Unknown** |

48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
        floating homes, personal watercraft, and fishing vessels

49.     **Aircraft and accessories**

50.     **Other machinery, fixtures, and equipment (excluding farm
        machinery and equipment)**

51.     **Total of Part 8.**                                                    **$0.00**
        Add lines 47 through 50.  Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
        ☐ No
        ☑ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ☑ No
        ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

        ☐ No.  Go to Part 10.
        ☑ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Lease of Real Property located at 151-4 W. Industry Court, Deer Park, NY 11729** | Tenant | $0.00 | | $0.00 |

Debtor    **IQ Dental Supply, LLC**                                    Case number *(If known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 55.2. | **Lease of Real Property located at I-35 Business Center, Building 3, located at 12100 Crownpoint, Suite 120, San Antonio, Texas 78233** | Tenant | $0.00 | $0.00 |
| 55.3. | **Lease of Real Property located at 353C Route 46W, Fairfiled, New Jersey** | Tenant | $0.00 | $0.00 |

56.    **Total of Part 9.**                                                        $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **CMX Trademark** | Unknown | | Unknown |
| | **NRG Trademark** | Unknown | | Unknown |
| 61. | **Internet domain names and websites** **www.iqdentalsupply.com** | Unknown | | Unknown |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** **Customer list** | Unknown | | Unknown |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

| Debtor | **IQ Dental Supply, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 11:      All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

| | | | | |
|---|---|---|---|---|
| **Employee loan made to Deng Zhang** | **384.00** - | **0.00** = | | **$384.00** |
| | Total face amount | doubtful or uncollectible amount | | |
| **Employee loan made to Robert Pujols** | **143.00** - | **0.00** = | | **$143.00** |
| | Total face amount | doubtful or uncollectible amount | | |

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**
**Federal Insurance Company/Hartford Fire Insurance Co. Commerical General Liability, Automative Liability, Worker's Compensation and Products Liability Insurance**
**Policy Nos. 36059019, 73629327, 78197652, 13WBCRO9964 and 36059018 FPO**

| | $0.00 |
|---|---|

**UPS Capital Insurance Agency, Inc. Shipping Insurance Policy # 15914024-151380-9**

| | $0.00 |
|---|---|

**Selective Insurance Management Liability Insurance and Employment Practices Liability Insurance Policy No. MY 1000442**

| | $0.00 |
|---|---|

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to**

Debtor    **IQ Dental Supply, LLC**                                Case number *(If known)* _____
_____
_____
Name

**set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership
**Alliance Dental Supply, Inc. (EIN 46-4424751) Debtor**                                                        **Unknown**
**owns 100% of the shares.**

   **IQ Dental Education Inc. (EIN 81-4505578) Debtor owns**                                                **Unknown**
**100% of the shares.**

78.   **Total of Part 11.**                                                                       $527.00

   Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

Debtor    **IQ Dental Supply, LLC**                                     Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $145,515.15 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $546,736.65 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,820,186.15 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $7,579,626.93 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $527.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $10,092,591.88 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $10,092,591.88 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **IQ Dental Supply, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A | Column B |
|---|---|---|---|
|  | | Amount of claim | Value of collateral that supports this claim |
|  | | Do not deduct the value of collateral. | |

### 2.1 East West Bank
Creditor's Name

**9300 Flair Drive, 6th Floor
El Monte, CA 91731**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0241**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Blanket lien on substantially all assets of the Debtor**

**Describe the lien**
**UCC**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,351,651.70** | **Unknown**

### 2.2 GM Financial
Creditor's Name

**801 Cherry Street, Suite 3500
Fort Worth, TX 76102**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7452**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2019 Chevrolet Colorado, 135,687 miles**

**Describe the lien**
**Auto loan**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**$8,275.00** | **Unknown**

Debtor   **IQ Dental Supply, LLC**                                      Case number (if known) _____
       <sub>Name</sub>

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Subaru Motors Finance** | Describe debtor's property that is subject to a lien | $25,419.00 | Unknown |
|---|---|---|---|---|

    <sub>Creditor's Name</sub>        **2022 Subaru Forester, 18,000 miles**

**14800 Frye Road**
**Fort Worth, TX 76155-2732**

<sub>Creditor's mailing address</sub>      **Describe the lien**
        **Auto loan**
        **Is the creditor an insider or related party?**

<sub>Creditor's email address, if known</sub>  ■ No
        ☐ Yes
        **Is anyone else liable on this claim?**

**Date debt was incurred**
        ■ No
        ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1123**

**Do multiple creditors have an
interest in the same property?**
        **As of the petition filing date, the claim is:**
        Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $3,385,345.70 |
|---|---|---|

---

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Che Lai Chang**<br>**East West Bank**<br>**535 Madison Avenue, 8th Floor**<br>**New York, NY 10022** | Line **2.1** | |
| **East West Bank Corporate Headquaters**<br>**135 N. Robles Avenue**<br>**Pasadena, CA 91101** | Line **2.1** | |
| **GM Financial**<br>**PO Box 183593**<br>**Arlington, TX 76096-3834** | Line **2.2** | |

**Fill in this information to identify the case:**

Debtor name     **IQ Dental Supply, LLC**

United States Bankruptcy Court for the:     DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Division of Taxation**<br>**124 Halsey Street**<br>**2nd Floor**<br>**Newark, NJ 07102** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Noticing Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Special Procedures Branch**<br>**PO Box 744**<br>**Springfield, NJ 07081-0744** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Noticing Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | IQ Dental Supply, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Attn: District Director**
**955 S. Springfield Avenue**
**Springfield, NJ 07081**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Office of the Chief Counsel**
**1 Newark Center, Suite 1500**
**Newark, NJ 07102**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**New Jersey Division of Taxation**
**Bankruptcy Section**
**PO Box 245**
**Trenton, NJ 08695-0245**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| Debtor | **IQ Dental Supply, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**NYC Dept. of Finance**
**Office of Legal Affairs**
**375 Pearl Street, 30th Floor**
**New York, NY 10038**

Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**NYS Dept. Taxation & Finance**
**Bankruptcy/Special Procedures**
**Section**
**P.O. Box 5300**
**Albany, NY 12205-0300**

Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Office of the Attorney General**
**Division of Law**
**PO Box 080**
**Trenton, NJ 08625-0080**

Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State of New Jersey**
**Division of Taxation**
**Sales & Use Tax**
**PO Box 999**
**Trenton, NJ 08625**

Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **IQ Dental Supply, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State of New Jersey**
**Division of Taxation - GIT**
**50 Barrack Street**
**PO Box 269**
**Trenton, NJ 08625**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State of New Jersey**
**Department of Labor**
**Divison of Employer Accounts**
**PO Box 379**
**Trenton, NJ 08625-0059**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Texas Comptroller of Public**
**Accounts**
**Revenue Accounting Division -**
**Bankruptcy**
**P.O. Box 13528 Capitol Station**
**Austin, TX 78711**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**United States Attorney**
**970 Broad Street**
**5th Floor**
**Newark, NJ 07102**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **IQ Dental Supply, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$332,159.67**

**3M Oral Care**
**PO Box 371227**
**Pittsburgh, PA 15250-7227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,881.69**

**A-Titan Instruments**
**10 Centre Dr.**
**Hamburg, NY 14127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,062.90**

**Accutron Inc.**
**P.O.Box 74007016**
**Chicago, IL 60674-7016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$887.28**

**ACE Surgical Supply**
**1034 Pearl Street**
**PO Box 1710**
**Brockton, MA 02303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,922.12**

**Acteon, Inc**
**124 Gaither Drive Suite 140**
**Mount Laurel, NJ 08054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**AFP Imaging**
**ImageWorks**
**8 Westchester Plaza**
**Suite 112**
**Elmsford, NY 10523**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For Noticing Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$324,039.62**

**Aidite (Qinhuangdoa) Technology Co.**
**Advanced Dental Materials**
**600 Technology  Park**
**Suite 108**
**Lake Mary, FL 32746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **IQ Dental Supply, LLC**
Name

Case number (if known) _____

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121,533.97 |

**Air Techniques Products**
**1295 Walt Whitman Road**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,890.00 |

**Align Technology/ iTero**
**PO Box 742531**
**Los Angeles, CA 90074-2531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $327.50 |

**Aluwax Dental Product**
**P.O. Box 87**
**Allendale, MI 49401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,753.23 |

**American Eagle Instruments, Inc**
**6575 Butler Creek Rd.**
**Missoula, MT 59808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,774.34 |

**American Express**
**PO Box 1270**
**Newark, NJ 07101-1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  **4001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128,000.00 |

**American Express**
**PO Box 1270**
**Newark, NJ 07101-1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  **1018**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,530.00 |

**American Express**
**PO Box 1270**
**Newark, NJ 07101-1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  **2000**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **IQ Dental Supply, LLC**

Name

Case number (*if known*) _____

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$513,938.28** |
|---|---|---|---|

**American Express**
PO Box 1270
Newark, NJ 07101-1270

Date(s) debt was incurred _

Last 4 digits of account number **3008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.30** |
|---|---|---|---|

**Ansell Healthcare Products LLC**
Dept CH 17373
Palatine, IL 60055-7373

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$880.06** |
|---|---|---|---|

**Arnel Inc**
73 High Street
Hempstead, NY 11550

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$387.40** |
|---|---|---|---|

**Aseptico**
8333 216th Street SE
Woodinville, WA 98072-1548

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,952.95** |
|---|---|---|---|

**Bank of America**
3558 James Ave N
Minneapolis, MN 55412-2438

Date(s) debt was incurred _

Last 4 digits of account number **6196**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,906.68** |
|---|---|---|---|

**Bank of America**
3558 James Ave N
Minneapolis, MN 55412-2438

Date(s) debt was incurred _

Last 4 digits of account number **8784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,869.97** |
|---|---|---|---|

**Bank of America**
3558 James Ave N
Minneapolis, MN 55412-2438

Date(s) debt was incurred _

Last 4 digits of account number **7078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IQ Dental Supply, LLC** | | |
|---|---|---|---|
| | Name | | |

Case number (if known) _____

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41,288.46** |
|---|---|---|---|

**Bank of America**
**3558 James Ave N**
**Minneapolis, MN 55412-2438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0841**

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,228.75** |
|---|---|---|---|

**Bausch**
**12 Murphy Drive, Unit 4**
**Nashua, NH 03062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$473.13** |
|---|---|---|---|

**Beavers / Kerr**
**Fifth Third Bank**
**5050 Kingsley Drive**
**Cincinnati, OH 45227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,267.45** |
|---|---|---|---|

**Beaverstate Dental, Inc**
**115 South Elliott Rd**
**Newberg, OR 97132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,261.07** |
|---|---|---|---|

**Bien Air**
**8861 Research Drive**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$820.00** |
|---|---|---|---|

**Biotec, Inc**
**652 E. Main Ave.**
**Zeeland, MI 49464-1399**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$474.00** |
|---|---|---|---|

**Blazer Products, Inc**
**88-90 Allen Blvd**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IQ Dental Supply, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**BonArt**
**550 Yorbita Rd**
**La Puente, CA 91744**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **For Noticing Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Brandt Equipment**
**4461 Bronx Blvd.**
**Bronx, NY 10470-1496**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **For Noticing Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$192.09**

**Bravo! Building Services, Inc.**
**1260 Centennial Avenue**
**Piscataway, NJ 08854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$776.00**

**Brewer**
**N88 W 13901 Main Street**
**Suite 100**
**Menomonee Falls, WI 53051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,304.97**

**Buffalo Dental Manufacture Co**
**159 Lafayette Dr.**
**P.O. Box 678**
**Syosset, NY 11791-0678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$446.50**

**Bulbworks, Inc**
**P.O. Box 586**
**Succasunna, NJ 07876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$960.99**

**CAO Group**
**4628 W Skyhawk Drive**
**West Jordan, UT 84084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IQ Dental Supply, LLC** | Case number (if known) | |
|---|---|---|---|

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70,220.33** |
|---|---|---|---|
| | **Capital One**<br>PO Box 71083<br>Charlotte, NC 28272-1083 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **5282** | Basis for the claim:  **Credit card purchases** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$224.00** |
|---|---|---|---|
| | **Cefla North America, Inc**<br>6125 Harris Technology Blvd<br>Charlotte, NC 28269 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,641.32** |
|---|---|---|---|
| | **Centrix**<br>P.O. Box 527<br>Stratford, CT 06615-0527 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$210.00** |
|---|---|---|---|
| | **Chapman-Huffman**<br>320 S.E. Brideford Blvd<br>Bend, OR 97702 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,982.47** |
|---|---|---|---|
| | **Chase**<br>PO Box 6294<br>Carol Stream, IL 60197-6294 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **9632** | Basis for the claim:  **Credit card purchases** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,833.18** |
|---|---|---|---|
| | **CitiCard**<br>PO Box 70166<br>Philadelphia, PA 19176-0166 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **7631** | Basis for the claim:  **Credit card purchases** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,353.50** |
|---|---|---|---|
| | **Clik Tech, Inc**<br>12281 N. 120th Street<br>Scottsdale, AZ 85259 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **IQ Dental Supply, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,466.54** |
|---|---|---|---|

**Coltène/Whaledent Inc.**
**Department 781842**
**PO Box 78000**
**Detroit, MI 48278-1842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,047.50** |
|---|---|---|---|

**CONAMCO S.A. de C.V.**
**Medental Intl**
**3008 Palm Hill Dr**
**Vista, CA 92084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,623.20** |
|---|---|---|---|

**Consolidated Paper Group, Inc**
**P.O Box 51866**
**Bowling Green, KY 42104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,797.38** |
|---|---|---|---|

**Crosstex International**
**PO Box 74008664**
**Chicago, IL 60674-8664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$257,266.77** |
|---|---|---|---|

**Crown Delta Corporation**
**1520 Front Street**
**Yorktown Heights, NY 10598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,697.50** |
|---|---|---|---|

**Crown Seating**
**7300 South Tucson Way**
**Centennial, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64.53** |
|---|---|---|---|

**Curtis Marsh**
**9 Beechwood Rd**
**West Caldwell, NJ 07006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IQ Dental Supply, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.50** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$109.60**

**Cuting Edge Instrument, Inc**
P.O. Box 715602
**Columbus, OH 43271-5602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,111.49**

**Danville Materials**
**2875 Loker Avenue E**
**Carlsbad, CA 92010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$129.60**

**Darby Dental Supply LLC**
PO Box 26582
**New York, NY 10087-6582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,336.21**

**DCI Fulfilment Solutions**
**361 E  Water St**
**Gettysburg, PA 17325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,602.84**

**DCI International**
**Dental Components LLC**
**Mail Stop 76**
**PO Box 4300**
**Portland, OR 97208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,011.87**

**Dedeco International, Inc.**
**11617 State Route 97**
**Long Eddy, NY 12760-0244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Deepak / Keystone**
**480 S Democrat Road**
**Gibbstown, NJ 08027**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For Noticing Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **IQ Dental Supply, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

DeLar
P.O. Box 226
Lake Oswego, OR 97034

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Noticing Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$739.22**

DenMat
1017 W Central Ave
Lompoc, CA 93436

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Dental Chair Adaptors
PO Box 818
Big Bear City, CA 92314

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Noticing Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,170.00**

Dental Connections
114 41st Street
Brooklyn, NY 11232-3320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$291.00**

DentalEZ / Custom Air
301 Lindenwood Drive
Suite 100
Malvern, PA 19355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,918.18**

DentalEZ / Ramvac
301 Lindenwood Drive, Suite 100
Malvern, PA 19355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,728.00**

DentalEZ / Star Dental
301 Lindenwood Drive
Suite 100
Malvern, PA 19355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | IQ Dental Supply, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$286.00**

Dentamerica Inc
18688 E. San Jose Avenue
City of Industry, CA 91748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$156.00**

Denti Smart
1810 Industrial Park Drive
Suite A
Grand Haven, MI 49417

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$708.00**

Dentonics,Inc
2833 Tophill Road
Monroe, NC 28110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$124,935.80**

Dentsply Caulk
Dentsply International Inc.
Dept. DNA
P.O.Box 822462
Philadelphia, PA 19182-2462

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,780.70**

Dentsply Maillefer
Dentsply Maillefer
Dept. TUL
P.O.Box 822462
Philadelphia, PA 19182-2462

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$137.64**

Dentsply Midwest
Dentsply International Inc.
Dept. DNA
P.O.Box 822462
Philadelphia, PA 19182-2462

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,126.68**

Dentsply Pharmaceutical
Dentsply International Inc.
Dept. DNA
P.O.Box 822462
Philadelphia, PA 19182-2462

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IQ Dental Supply, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111,357.82 |
|---|---|---|---|

**Dentsply Professional**
Dentsply International Inc.
Dept. DNA
P.O.Box 822462
Philadelphia, PA 19182-2462

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,282.47 |
|---|---|---|---|

**Dentsply Rinn**
Dentsply International Inc.
Dept. DNA
P.O.Box 822462
Philadelphia, PA 19182-2462

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,062.82 |
|---|---|---|---|

**Dexis LLC**
450 Commerce Drive
Quakertown, PA 18951

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,737.50 |
|---|---|---|---|

**Dharma Research**
5220 NW 72nd Avenue
Bay #15
Miami, FL 33166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $899.80 |
|---|---|---|---|

**Diadent Group International Inc**
11-3871 North Fraser Way
Burnany BC V5J5G6
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $635.25 |
|---|---|---|---|

**Directa, Inc (ContacEZ)**
PO Box 9004
Edgewood, NY 11717

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,921.15 |
|---|---|---|---|

**Discover Bank**
PO Box 70176
Philadelphia, PA 19176-0176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Credit card purchases__

Last 4 digits of account number  **6555**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **IQ Dental Supply, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,837.55** |
|---|---|---|---|

**DMG America LLC**
**65 Challenger Road**
**Suite 340**
**Ridgefield Park, NJ 07660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$537.00** |
|---|---|---|---|

**Dri-Angle/ Dental Health Products**
**4600 Witmer Industrial Estates Road**
**Suite 8**
**Niagara Falls, NY 14305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,037.10** |
|---|---|---|---|

**E. C. Moore Company, Inc**
**13325 Leonard St**
**PO Box 353**
**Dearborn, MI 48121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52,400.00** |
|---|---|---|---|

**EcoGuard,Inc**
**700 S Battleground Ave**
**#103**
**Grover, NC 28073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,600.00** |
|---|---|---|---|

**Emerson Healthcare**
**PO Box 37835**
**Baltimore, MD 21297-7835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Enbio Corp**
**3535 Gravel Springs Rd**
**Suite 205**
**Buford, GA 30519**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _For Noticing Purposes Only_

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$135.00** |
|---|---|---|---|

**Engle Dental Systems, LLC**
**7205 NW Evergreen PKWY**
**Suite 100**
**Hillsboro, OR 97124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | IQ Dental Supply, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.85** | Nonpriority creditor's name and mailing address

**Essential Dental Systems, Inc**
**89 Leuning Street**
**South Hackensack, NJ 07606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,271.16**

---

**3.86** | Nonpriority creditor's name and mailing address

**FedEx**
**P.O. Box 371461**
**Pittsburgh, PA 15250-7461**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,413.18**

---

**3.87** | Nonpriority creditor's name and mailing address

**Flight Dental Systems**
**21 Kenview Blvd #9**
**Brampton, ON T6T 5G7**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$197.50**

---

**3.88** | Nonpriority creditor's name and mailing address

**FlossAid Corporation**
**PO Box 624**
**Santa Clara, CA 95052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,098.40**

---

**3.89** | Nonpriority creditor's name and mailing address

**Flow X-Ray Corporation**
**Flow Dental Corporation**
**133 Wolf Road**
**Battleboro, NC 27809**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$579.42**

---

**3.90** | Nonpriority creditor's name and mailing address

**Focus Global**
**1057 Steeles Ave West**
**Suite 81691**
**North York ON M2R 2S0**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,099.20**

---

**3.91** | Nonpriority creditor's name and mailing address

**Forest Dental**
**301 Lindenwood Drive**
**Suite 100**
**Malvern, PA 19355**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$108,093.30**

---

| Debtor | **IQ Dental Supply, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$164.78**

**G&H Orthodontics**
**G & H Wire Company**
**2165 Earlywood Drive**
**Franklin, IN 46131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$164,678.23**

**GC America Inc.**
**3737 W. 127th St**
**Alsip, IL 60803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$234.78**

**George Taub Products**
**277 New York Ave**
**Jersey City, NJ 07307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,311.10**

**Gill Mechanical Company**
**PO Box 24628**
**Eugene, OR 97402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,311.10**

**Gingi-Pak**
**4825 Calle Alto**
**Camarillo, CA 93012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,035.00**

**Great Plains Dental Product, Inc**
**111 East A Avenue**
**P.O.Box 515**
**Kingman, KS 67068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,001.02**

**Hager Worldwide**
**441 19th Street SE**
**Hickory, NC 28602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **IQ Dental Supply, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$165.99** |
|---|---|---|---|

**Headsets com**
211 Austin St
San Francisco, CA 94109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,452.69** |
|---|---|---|---|

**Heartsmart.com / Phillips**
P.O.Box 1301
New Milford, CT 06776

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$61.00** |
|---|---|---|---|

**Hexa Dental**
5211 E. Washington Blvd
Ste#2-201
Commerce, CA 90040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$851.87** |
|---|---|---|---|

**Holmes Dental Company**
50 S. Penn Street
Hatboro, PA 19040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,610.00** |
|---|---|---|---|

**Hooker Sale Co. Inc.**
PO Box 491333
Leesburg, FL 34749-1333

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,736.63** |
|---|---|---|---|

**HPTC, Inc**
20793 Farmington Road
Farmington, MI 48336

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$46,070.87** |
|---|---|---|---|

**Hu-Friedy**
29254 Network Place
Chicago, IL 60673-1292

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | IQ Dental Supply, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227.68 |
|---|---|---|---|

**IC Care**
**2652 McGaw Ave**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,772.65 |
|---|---|---|---|

**IDS**
**920 W. 84th Street**
**Hialeah, FL 33014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,459.94 |
|---|---|---|---|

**Integra LifeSciences Sales LLC.**
**P.O.Box 404129**
**Atlanta, GA 30384-4129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,370.00 |
|---|---|---|---|

**Isolate Systems**
**I 2 Air Fluid Innovations, Inc.**
**14 Valleywood Dr**
**Huntington Station, NY 11746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,554.24 |
|---|---|---|---|

**Ivoclar Vivadent**
**175 Pineview Drive**
**Amherst, NY 14228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,599.90 |
|---|---|---|---|

**J&J Instruments, LLC**
**1666 East Touhy Avenue**
**Des Plaines, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,373.90 |
|---|---|---|---|

**Jarahi International**
**P.O.Box 645**
**Lake Hopatcong, NJ 07849**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | IQ Dental Supply, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$880.00** |
| | **Jay H Katz** | | ☐ Contingent | |
| | **450 Seventh Ave, Suite 1308** | | ☐ Unliquidated | |
| | **New York, NY 10123** | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | Basis for the claim:   **Trade debt** | |
| | Last 4 digits of account number _ | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | | |
|---|---|---|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Jazz Imaging** | | ■ Contingent | |
| | **770 Charcot Ave** | | ■ Unliquidated | |
| | **Suite 100** | | ■ Disputed | |
| | **San Jose, CA 95131** | | | |
| | Date(s) debt was incurred _ | | Basis for the claim:   **For Noticing Purposes Only** | |
| | Last 4 digits of account number _ | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | | |
|---|---|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$878.13** |
| | **Johnson-Promident** | | ☐ Contingent | |
| | **PO Box 734047** | | ☐ Unliquidated | |
| | **Chicago, IL 60673-1257** | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | Basis for the claim:   **Trade debt** | |
| | Last 4 digits of account number _ | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | | |
|---|---|---|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$964.80** |
| | **JR Rand Corporation** | | ☐ Contingent | |
| | **300 Buffalo Ave** | | ☐ Unliquidated | |
| | **Freeport, NY 11520** | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | Basis for the claim:   **Trade debt** | |
| | Last 4 digits of account number _ | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | | |
|---|---|---|---|---|
| 3.117 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$17,282.55** |
| | **KaVo Dental** | | ☐ Contingent | |
| | **11727 Fruehauf Drive** | | ☐ Unliquidated | |
| | **Charlotte, NC 28273** | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | Basis for the claim:   **Trade debt** | |
| | Last 4 digits of account number _ | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | | |
|---|---|---|---|---|
| 3.118 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$42,811.08** |
| | **Kerr** | | ☐ Contingent | |
| | **Kerr Corporation (Lockbox 14338)** | | ☐ Unliquidated | |
| | **540 W.Madison,4th Floor** | | ☐ Disputed | |
| | **Chicago, IL 60661** | | | |
| | Date(s) debt was incurred _ | | Basis for the claim:   **Trade debt** | |
| | Last 4 digits of account number _ | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | | |
|---|---|---|---|---|
| 3.119 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$2,817.75** |
| | **Keystone Industries** | | ☐ Contingent | |
| | **480 S. Democrat Road** | | ☐ Unliquidated | |
| | **Gibbstown, NJ 08027** | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | Basis for the claim:   **Trade debt** | |
| | Last 4 digits of account number _ | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | IQ Dental Supply, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.120** **Nonpriority creditor's name and mailing address**

**Kinetic Instruments Inc**
**17 Berkshire Boulevard**
**Bethel, CT 06801**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  For Noticing Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.121** **Nonpriority creditor's name and mailing address**

**Kulzer, LLC**
**24646 Network Place**
**Chicago, IL 60673-1246**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$26,615.35

---

**3.122** **Nonpriority creditor's name and mailing address**

**Kuraray America, Inc.**
**PO Box 123122**
**Dallas, TX 75312-3122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$38,108.85

---

**3.123** **Nonpriority creditor's name and mailing address**

**L&R Manufacturing**
**577 Elm Street**
**P.O  Box 607**
**Kearny, NJ 07032-0607**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$1,532.90

---

**3.124** **Nonpriority creditor's name and mailing address**

**L.L.Bean Inc.**
**Financial Accounting Services**
**PO Box 1847**
**Albany, NY 12201-1847**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$2,215.37

---

**3.125** **Nonpriority creditor's name and mailing address**

**Larissa Kunin**
**Starr, Gern, Davison & Rubin PC**
**Attn:  Bruce Pitman & Alona Magidova**
**105 Eisenhower Parkway, Suite 401**
**Roseland, NJ 07068**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  For Noticing Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.126** **Nonpriority creditor's name and mailing address**

**Lexus Financial Services**
**PO Box 659820**
**San Antonio, TX 78265-9120**

Date(s) debt was incurred __

Last 4 digits of account number  0549

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit card purchases

Is the claim subject to offset? ■ No ☐ Yes

$23,903.79

---

| Debtor | **IQ Dental Supply, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.127** | Nonpriority creditor's name and mailing address
**LG H&H USA, INC.**
**PO Box 894495**
**Los Angeles, CA 90189-4495**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$7,700.40

---

**3.128** | Nonpriority creditor's name and mailing address
**LumaLite, Inc.**
**2830 Via Orange Way**
**Suite B**
**Purchase, NY 10577**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$108.00

---

**3.129** | Nonpriority creditor's name and mailing address
**Luxury Card**
**PO Boz 13337**
**Philadelphia, PA 19101-3337**

Date(s) debt was incurred __

Last 4 digits of account number  **6236**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

$32,905.66

---

**3.130** | Nonpriority creditor's name and mailing address
**Madison Pension Services**
**Concierge Retirement Services Inc.**
**2500 Westchester Avenue, Suite 106**
**Purchase, NY 10577**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$677.00

---

**3.131** | Nonpriority creditor's name and mailing address
**Mainline Medical Dental Supplies**
**100-102 Rossdean Drive**
**New York ON M9L 2S1**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$24,000.00

---

**3.132** | Nonpriority creditor's name and mailing address
**Matthew E. Frisch, Esq.**
**Pashman Stein Walder Hayden PC**
**Court Plaza South, 21 Main St #200**
**Plainfield, NJ 07061**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **For Noticing Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.133** | Nonpriority creditor's name and mailing address
**Maximum Dental**
**9 Branwood Drive**
**Dix Hills, NY 11746**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$162.68

---

Debtor    **IQ Dental Supply, LLC**                                    Case number *(if known)* _____

Name

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,000.00** |
|---|---|---|---|

**MCC Modular &Custom Cabinets**
**10721 Keele Street N**
**PO Box 580**
**Maple ON L6A 1S5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,887.40** |
|---|---|---|---|

**Medicom**
**AMD Medicom Inc.**
**6054 Shook Road**
**Suite 200**
**Lockbourne, OH 43137**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Medtexx**
**Semperit Investments Asia Pte Ltd (SIA)**
**8 Jurong Town Hall Road**
**#12-05/06 JTC Summit 609434**
**SINGAPORE**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **For Noticing Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$971.75** |
|---|---|---|---|

**Meisinger**
**10150 E. Easter Ave**
**Centennial, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,945.88** |
|---|---|---|---|

**Metrex**
**Metrex Research LLC (Lockbox 14340)**
**540 W.Madison,4th Floor**
**Chicago, IL 60661**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Microbrush International**
**25788 Network Place**
**Chicago, IL 60673-1257**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **For Noticing Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,121.90** |
|---|---|---|---|

**Microcopy**
**3120 Moon Station Rd**
**Kennesaw, GA 30144-2765**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | IQ Dental Supply, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Microtech**
3030 S. Fairview St, Suite A
Santa Ana, CA 92704

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **For Noticing Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,679.21 |
|---|---|---|---|

**Midmark**
60 Vista Drive
Versailles, OH 45380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $413.60 |
|---|---|---|---|

**Mizzy / Keystone**
480 S Democrat Road
Gibbstown, NJ 08027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,462.21 |
|---|---|---|---|

**Moore Medical LLC / McKesson**
1690 New Britain Avenue
Farmington, CT 06032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MTI Dental Products**
730 Airport Road
Unit 1
Lakewood, NJ 08701

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **For Noticing Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,860.30 |
|---|---|---|---|

**Myco Medical**
PO Box 896578
Charlotte, NC 28289-6578

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $230,718.27 |
|---|---|---|---|

**NDC Inc.**
402 BNA Drive, Suite 500
Nashville, TN 37217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | IQ Dental Supply, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.148**

**Nonpriority creditor's name and mailing address**

NetSuite, Inc.
Celigo,Inc
Dept 0402
PO Box 120402
Dallas, TX 75312-0402

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$14,631.01**

---

**3.149**

**Nonpriority creditor's name and mailing address**

Noel's Installation LLC
5919 Summerdale Ave
Philadelphia, PA 19149

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __For Noticing Purposes Only__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.150**

**Nonpriority creditor's name and mailing address**

Nordent Manufacturing Inc.
610 Bonnie Lane
Elk Grove Village, IL 60007

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,642.93**

---

**3.151**

**Nonpriority creditor's name and mailing address**

NSK America
1800 Global Parkway
Hoffman Estates, IL 60192

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$13,276.71**

---

**3.152**

**Nonpriority creditor's name and mailing address**

Ortech Controls
14739 Aurora Ave N UNIT 120
Seattle, WA 98133

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$48.50**

---

**3.153**

**Nonpriority creditor's name and mailing address**

OrthoQuest/Plak Smacker
PO Box 734362
Chicago, IL 60673

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$483.99**

---

**3.154**

**Nonpriority creditor's name and mailing address**

Pac-Dent, Inc
670 Endeavor Circle
Brea, CA 92821

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$3,453.60**

---

Debtor     **IQ Dental Supply, LLC**                                    Case number *(if known)* _____
_____
Name

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,973.70** |
|---|---|---|---|

**Palmero Health Care**
**120 Goodwin Place**
**Stratford, CT 06615-6713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,314.04** |
|---|---|---|---|

**Parkell**
**300 Executive Drive PO Box 9004**
**Brentwood, NY 11717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,869.40** |
|---|---|---|---|

**Parker Hannfin Cor / Porter Instrument**
**7930 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400.00** |
|---|---|---|---|

**Parts Warehouse**
**309 Judson**
**Lynden, WA 98264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,670.70** |
|---|---|---|---|

**Pascal International, Inc**
**2929 NE Northup Way**
**Bellevue, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,836.89** |
|---|---|---|---|

**PDT Inc**
**8275 Highway 10 West**
**PO Box 17980**
**Missoula, MT 59808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,574.04** |
|---|---|---|---|

**Pentron /Kerr Corp.**
**14338 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **IQ Dental Supply, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,202.53** |
|---|---|---|---|

**Pinnacle**
Pinnacle (Lockbox 14340)
540 W.Madison,4th Floor
Chicago, IL 60661

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,312.60** |
|---|---|---|---|

**PIX**
Minimax
133 Wolf Road
Battleboro, NC 27809

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,000.00** |
|---|---|---|---|

**PKF O'Connor Davies,LLP**
300 Tice Boulevard
Suite 315
Woodcliff Lake, NJ 07677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,311.30** |
|---|---|---|---|

**Plasdent Corporation**
969 Price Street
Pomona, CA 91767

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Polaroid Dental Imaging**
8 Jay Court
Monsey, NY 10952

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __For Noticing Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,013.00** |
|---|---|---|---|

**Premier**
PO Box 825429
Philadelphia, PA 19182-5429

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,847.00** |
|---|---|---|---|

**Preventech**
PO Box 1409
Indian Trail, NC 28079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IQ Dental Supply, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.169** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,056.00**

**ProEdge Dental Product**
**7042 S Revere Parkway, Suite 400**
**Centennial, CO 80112**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Proma**
**730 East Kingshill Place**
**Carson, CA 90746-1392**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **For Noticing Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,585.50**

**ProxySoft Worldwide,Inc**
**17 C Trowbridge Drive**
**Bethel, CT 06801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,138.55**

**Pulpdent Corp**
**P.O. BOX 780**
**Watertown, MA 02471-0780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$87.95**

**PuraGraft**
**22001 Northpark Drive, Suite 700**
**Kingwood, TX 77339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$187.20**

**Quality Aspirators**
**PO Box 382120**
**Duncanville, TX 75138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,569.99**

**Quality Dental**
**42 Rutland Road**
**Hempstead, NY 11550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | IQ Dental Supply, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.176** | **Nonpriority creditor's name and mailing address**

**RAY America**
**400 Kelby St .Ste 1500**
**Fort Lee, NJ 07024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **For Noticing Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address**

**Rebec**
**PO Box 658**
**Edmonds, WA 98020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**$685.61**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address**

**Replacement Parts Industries, Inc**
**PO Box 713198**
**Chicago, IL 60677-0398**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**$815.26**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address**

**Revion Solutions Incorporated**
**184 South Livingston Ave**
**STE 9#306**
**Livingston, NJ 07039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**$329.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address**

**Richmond Dental Company**
**Dept.720082**
**PO Box 1335**
**Charlotte, NC 28201-1335**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**$1,739.56**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address**

**Roydent**
**608 Rolling Hills Drive**
**Johnson City, TN 37604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**$11,176.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address**

**Sable Industries Inc**
**100 Campbell Ave., Suite 5**
**Kitchener ON N2H 4X8**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**$4,373.32**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IQ Dental Supply, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.183** | Nonpriority creditor's name and mailing address

**Safe-Dent Enterprises LLC**
**4 Orchard Hill Drive**
**Monsey, NY 10952**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

**$49,437.75**

---

**3.184** | Nonpriority creditor's name and mailing address

**Safe-Vac**
**6745 Elegante Way**
**San Diego, CA 92130**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __For Noticing Purposes Only__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.185** | Nonpriority creditor's name and mailing address

**Sanford Levine & Sons**
**400 Rt 46 East**
**Fairfield, NJ 07004**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

**$4,621.11**

---

**3.186** | Nonpriority creditor's name and mailing address

**SDI**
**1279 Hamilton Parkway**
**Itasca, IL 60143**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$17,912.81**

---

**3.187** | Nonpriority creditor's name and mailing address

**Septodont**
**205 Granite Run Drive, Suite 150**
**Lancaster, PA 17601**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

**$54,673.71**

---

**3.188** | Nonpriority creditor's name and mailing address

**Sergey Kunin**
**78 Weinmanns Blvd.**
**Wayne, NJ 07470**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Loan__

Is the claim subject to offset? ☐ No ☐ Yes

**$308,741.00**

---

**3.189** | Nonpriority creditor's name and mailing address

**Sherman Specialty Company**
**300 Jericho Quadrangle**
**Suite 240 West**
**Jericho, NY 11753**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$9.54**

---

| Debtor | IQ Dental Supply, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.190** | **Nonpriority creditor's name and mailing address**
**Shofu Dental Corporation**
**1225 Stone Drive**
**San Marcos, CA 92078-4059**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No  ☐ Yes

**$28,687.63**

---

**3.191** | **Nonpriority creditor's name and mailing address**
**Solmetex**
**50 Bearfoot Road**
**Northborough, MA 01532**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No  ☐ Yes

**$13,145.53**

---

**3.192** | **Nonpriority creditor's name and mailing address**
**South East Instruments, LLC**
**Pac-Dent**
**670 Endeavor Circle**
**Brea, CA 92821**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No  ☐ Yes

**$9,566.14**

---

**3.193** | **Nonpriority creditor's name and mailing address**
**Southeast Medical Products, Inc**
**5524 Commerce Dr**
**Orlando, FL 32839**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No  ☐ Yes

**$1,789.35**

---

**3.194** | **Nonpriority creditor's name and mailing address**
**Spring Health Products**
**705 General Washington Ave, Suite 701**
**Norristown, PA 19403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No  ☐ Yes

**$2,798.95**

---

**3.195** | **Nonpriority creditor's name and mailing address**
**SprintRay Inc.**
**3577 N Figueroa St**
**Los Angeles, CA 90065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **For Noticing Purposes Only**

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

**3.196** | **Nonpriority creditor's name and mailing address**
**SS White Burs, Inc.**
**1145 Towbin Avenue**
**Lakewood, NJ 08701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No  ☐ Yes

**$5,430.00**

---

| Debtor | IQ Dental Supply, LLC | Case number (if known) | |
|--------|----------------------|------------------------|--|
| | Name | | |

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $763.84 |
|-------|--|--|--|

**Strauss Diamond Instruments Inc.**
**9 Florida Park Drive N.**
**Palm Coast, FL 32137**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.97 |
|-------|--|--|--|

**Suburban Propane**
**PO Box J**
**Whippany, NJ 07981-0409**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $314.90 |
|-------|--|--|--|

**Summit Dental Systems**
**1280 SW 27 Avenue**
**Pompano Beach, FL 33069**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--|--|--|

**Suni Medical Imaging**
**6840 Via Del Oro, Suite 160**
**San Jose, CA 95119**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __For Noticing Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $181.26 |
|-------|--|--|--|

**Superior Handling Solutions**
**PO Box 257**
**Howell, NJ 07731-0257**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $414.50 |
|-------|--|--|--|

**Superior Upholstery**
**2103 W Church St.**
**Orlando, FL 32805**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,671.02 |
|-------|--|--|--|

**Surgical Esthetics**
**19355 Business Center Drive Unit #8**
**Northridge, CA 91324**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | IQ Dental Supply, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.204** | Nonpriority creditor's name and mailing address

**Surgical Specialties Corporation**
**1100 Berkshire Blvd, Suite 308**
**Wyomissing, PA 19610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$9,558.69**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** | Nonpriority creditor's name and mailing address

**SymplBrush**
**1562 1st Ave.**
**New York, NY 10028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$380.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206** | Nonpriority creditor's name and mailing address

**Takara Belmont USA, Inc**
**PO Box 358141**
**Pittsburgh, PA 15251-5141**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$13,735.80**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.207** | Nonpriority creditor's name and mailing address

**TD Bank**
**1701 Marlton Pike E**
**Cherry Hill, NJ 08003**

Date(s) debt was incurred _

Last 4 digits of account number **6848**

As of the petition filing date, the claim is: *Check all that apply.*     **$48,085.95**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.208** | Nonpriority creditor's name and mailing address

**Teal's Express, Inc.**
**PO Box 6010**
**Watertown, NY 13601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **For Noticing Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.209** | Nonpriority creditor's name and mailing address

**Temrex Corp.**
**300 Buffalo Ave**
**Freeport, NY 11520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$641.18**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.210** | Nonpriority creditor's name and mailing address

**TForce Freight**
**28013 Network Place**
**Chicago, IL 60673-1280**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$641.18**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IQ Dental Supply, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00** |
|---|---|---|---|

**The Dental Repair Specialist, LLC**
**27 Arcturus Drive**
**Sewell, NJ 08080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,389.60** |
|---|---|---|---|

**The Hospitality Group Limited**
**Wilmslow Road Didsbury**
**Manchester M20 5WZ**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,981.73** |
|---|---|---|---|

**Tokuyama Dental America Inc**
**740 Garden View Court, Suite 200**
**Encinitas, CA 92024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,629.50** |
|---|---|---|---|

**TPC Advanced Technology**
**851 S.Lawson Street**
**City of Industry, CA 91748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,129.77** |
|---|---|---|---|

**Tuttnauer**
**PO Box 23279**
**New York, NY 10087-3279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,042.20** |
|---|---|---|---|

**UDM**
**608 Rolling Hills Drive**
**Johnson City, TN 37601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,277.83** |
|---|---|---|---|

**Uline**
**2200 S Lakeside Drive**
**Waukegan, IL 60085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **IQ Dental Supply, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.218** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,770.00**

**UMG Medical Imaging**
**28 Calvert Street**
**Harrison, NY 10528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Unimed-Midwest, Inc**
**21875 Grenada Avenue**
**Lakeville, MN 55044**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **For Noticing Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.220** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,950.05**

**ValuMax International, Inc**
**848 Hausmnan Road**
**Allentown, PA 18104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.221** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Vaniman**
**140 N. Brandon Rd**
**Fallbrook, CA 92028**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **For Noticing Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.222** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$145,897.00**

**Vatech America Inc.**
**2200 Fletcher Avenue**
**Suite 705A**
**Fort Lee, NJ 07024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.223** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,450.00**

**Vector**
**69th Ave. West University**
**Tacoma, WA 98466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00**

**Vector R & D Inc.**
**6824 19th St. #230**
**University Place, WA 98466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | IQ Dental Supply, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $498.84 |
|---|---|---|---|

**Velopex International, Inc.**
**105 East 17th Street**
**Saint Cloud, FL 34769**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.80 |
|---|---|---|---|

**Villa Radiology Systems**
**199 Park Road Ext.; Suite 107**
**Middlebury, CT 06762**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,644.84 |
|---|---|---|---|

**Vista Dental Products**
**2200 South Street**
**Racine, WI 53404**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,616.96 |
|---|---|---|---|

**VITA North America**
**22705 Savi Ranch Pkwy; Suite 100**
**Yorba Linda, CA 92887**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,227.94 |
|---|---|---|---|

**W.B.Mason**
**W.B.Mason Co., Inc**
**PO Box 981101**
**Boston, MA 02298-1101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,884.47 |
|---|---|---|---|

**Water Pik, Inc**
**P.O.Box 74008464**
**Chicago, IL 60674-8464**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $690.00 |
|---|---|---|---|

**Xttrium Laboratories**
**1200 E Business Center Dr**
**Mount Prospect, IL 60056-6041**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IQ Dental Supply, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,017.59** |
|---|---|---|---|

**Young Denticator**
**Young Dental Manufacturing I,LLC**
**25787 Network Place**
**Chicago, IL 60673-1257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,734.00** |
|---|---|---|---|

**Zhermack, Inc**
**PO Box 4195**
**River Edge, NJ 07661-4195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,492.59** |
|---|---|---|---|

**Zirc Dental Products**
**3918 Hwy 55 SE**
**Buffalo, MN 55313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 4,712,912.24 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,712,912.24 |

**Fill in this information to identify the case:**

Debtor name      **IQ Dental Supply, LLC**

United States Bankruptcy Court for the:      DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest     **Business Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Amazon Services Business Solutions**<br>**410 Terry Ave N**<br>**Seattle, WA 98109** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest     **Lease for Sharp Copier**<br><br>State the term remaining<br><br>List the contract number of any government contract | **De Lage Landen Financial Services Inc**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest     **Lease for water cooler**<br><br>State the term remaining<br><br>List the contract number of any government contract | **DS Business Life Simplified**<br>**151 W Sumner Ave**<br>**Kenilworth, NJ 07033** |

Debtor 1   **IQ Dental Supply, LLC**                                    Case number (*if known*) _____
    First Name     Middle Name     Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **3 year real estate lease commencing in September 2023 for property located at 151-4 W. Industry Court, Deer Park, NY 11729**<br><br>**F.G.N. Associates**<br>**c/o Finch Realty**<br>**55 Central Ave**<br>**Farmingdale, NY 11735** |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **8 year real estate lease commencing on 3/1/21 located at 353C Route 46W, Fairfield New Jersey**<br>**6 years**<br><br>**LMAN LNT LLC**<br>**d/b/a Fairfield Business Center**<br>**PO Box 180240**<br>**Brooklyn, NY 11218** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **5 year real estate lease commencing on 9/30/20 at I-35 Business Center, Building 3, located at 12100 Crownpoint, Suite 120, San Antonio, Texas 78233**<br><br>**TC II Land LLP**<br>**100 Sandau Rd., Ste. 300**<br>**San Antonio, TX 78216** |

**Fill in this information to identify the case:**

Debtor name **IQ Dental Supply, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **IQ Dental Supply, Inc.** | **353 Route 46W, Building C, Unit 120 Fairfield, NJ 07004** | **East West Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Sergey Kunin** | **78 Weinmanns Blvd. Wayne, NJ 07470** | **East West Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **SGD International Inc.** | **Neil L. Prupis, Esq. Wilson Elser 7 Giralda Farms Madison, NJ 07940** | **East West Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **SGD International Inc.** | **Donna S. Allman, Director The Grove, 31 Pine Rd, Belleville St Michael, BB11113 BARBADOS** | **East West Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

Debtor   **IQ Dental Supply, LLC**                                    Case number *(if known)*

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.5 | **Alliance Dental Supply Inc.** | **151-4 W. Industry Court Deer Park, NY 11729** | **F.G.N. Associates** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G  **2.4** |

**Fill in this information to identify the case:**

Debtor name     **IQ Dental Supply, LLC**

United States Bankruptcy Court for the:   **DISTRICT OF NEW JERSEY**

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $18,274,898.00 |
   | **For prior year:** From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | $28,929,734.00 |
   | **For year before that:** From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | $32,631,940.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   | --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   | --- | --- | --- | --- |

Debtor   **IQ Dental Supply, LLC**                                              Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| **3.1.** **American Express**<br>PO Box 1270<br>Newark, NJ 07101-1270 | 8/30/2023-11/28/2023 | $1,423,333.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit card** |
| **3.2.** **East West Bank**<br>9300 Flair Drive, 6th Floor<br>El Monte, CA 91731 | 8/30/2023-11/28/2023 | $4,238,982.18 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.3.** **Bank of America**<br>3558 James Avenue N<br>Minneapolis, MN 55412-2438 | 8/30/2023-11/28/2023 | $467,062.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit card** |
| **3.4.** **Aidite (Qinhuangdoa) Technology Co.**<br>**Advanced Dental Materials**<br>600 Technology Park<br>Suite 108<br>Lake Mary, FL 32746 | 8/30/2023-11/28/2023 | $291,002.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.5.** **LMAN LNT LLC**<br>d/b/a Fairfield Business Center<br>PO Box 180240<br>Brooklyn, NY 11218 | 8/30/2023-11/28/2023 | $143,735.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| **3.6.** **Septodont**<br>205 Granite Run Drive, Suite 150<br>Lancaster, PA 17601 | 8/30/2023-11/28/2023 | $139,117.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.7.** **Quality Dental**<br>42 Rutland Road<br>Hempstead, NY 11550 | 8/30/2023-11/28/2023 | $82,312.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.8.** **Crown Delta Corporation**<br>1520 Front Street<br>Yorktown Heights, NY 10598 | 8/30/2023-11/28/2023 | $79,460.77 | ☐ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **IQ Dental Supply, LLC**                                  Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **CHUBB**<br>PO Box 382001<br>Pittsburgh, PA 15250-8001 | 8/30/2023-11/28/2023 | $77,696.97 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other **Insurance** |
| 3.10. **Oxford Health Plans**<br>Horizon BCBS<br>PO Box 10130<br>Newark, NJ 07101-3130 | 8/30/2023-11/28/2023 | $77,689.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other **Insurance** |
| 3.11. **Luxury Card**<br>P.O.Box 13337<br>Philadelphia, PA 19101-3337 | 8/30/2023-11/28/2023 | $68,426.03 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.12. **MCC Modular & Custom Cabinets**<br>10721 Keele Street N<br>PO Box 580<br>Maple ON L6A 1S5<br>CANADA | 8/30/2023-11/28/2023 | $50,031.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.13. **Lexus Financial Services**<br>P.O. Box 659820<br>San Antonio, TX 78265-9120 | 8/30/2023-11/28/2023 | $49,664.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other **Credit Card** |
| 3.14. **Kerr**<br>Kerr Corporation (Lockbox 14338)<br>540 W.Madison,4th Floor<br>Chicago, IL 60661 | 8/30/2023-11/28/2023 | $48,971.62 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.15. **RAY America**<br>400 Kelby St .Ste 1500<br>Fort Lee, NJ 07024 | 8/30/2023-11/28/2023 | $41,995.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.16. **Discover Bank**<br>PO Box 70176<br>Philadelphia, PA 19176-0176 | 8/30/2023-11/28/2023 | $36,488.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other **Credit card** |

Debtor  **IQ Dental Supply, LLC**                                      Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.17. **CitiCard**<br>PO Box 70166<br>Philadelphia, PA 19176-0166 | 8/30/2023-11/28/2023 | $34,237.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit card** |
| 3.18. **Parkell**<br>300 Executive Drive<br>PO Box 9004<br>Brentwood, NY 11717 | 8/30/2023-11/28/2023 | $30,185.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.19. **PIX**<br>Minimax<br>133 Wolf Road<br>Battleboro, NC 27809 | 8/30/2023-11/28/2023 | $25,600.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.20. **Greater New York Dental Meeting**<br>200 West 41St Street, Suite 1101<br>New York, NY 10036-7203 | 8/30/2023-11/28/2023 | $24,620.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.21. **TC II Land,LP**<br>100 Sandau Rd., Ste. 300<br>San Antonio, TX 78216 | 8/30/2023-11/28/2023 | $24,559.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.22. **Mainline Medical Dental Supplies**<br>100-102 Rossdean Drive<br>North York, ON M9L 2S1<br>CANADA | 8/30/2023-11/28/2023 | $24,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.23. **Metrex**<br>Metrex Research LLC (Lockbox 14340)<br>540 W.Madison, 4th Floor<br>Chicago, IL 60661 | 8/30/2023-11/28/2023 | $22,827.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.24. **DMG America LLC**<br>65 Challenger Road<br>Suite 340<br>Ridgefield Park, NJ 07660 | 8/30/2023-11/28/2023 | $20,517.84 | ☐ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor    **IQ Dental Supply, LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.25. **LG H&H USA, INC.**<br>PO  Box 894495<br>Los Angeles, CA 90189-4495 | 8/30/2023-11/28/2023 | $19,145.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26. **Tuttnauer**<br>PO Box 23279<br>New York, NY 10087-3279 | 8/30/2023-11/28/2023 | $19,022.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27. **ProEdge Dental Product**<br>7042 S Revere Parkway, Suite 400<br>Centennial, CO 80112 | 8/30/2023-11/28/2023 | $17,775.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28. **The Hartford**<br>P.O. Box 660916<br>Dallas, TX 75266-0916 | 8/30/2023-11/28/2023 | $17,751.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.29. **Pac-Dent, Inc**<br>670 Endeavor Circle<br>Brea, CA 92821 | 8/30/2023-11/28/2023 | $15,431.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. **Xttrium Laboratories**<br>1200 E Business Center Dr<br>Mount Prospect, IL 60056-6041 | 8/30/2023-11/28/2023 | $15,180.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31. **Dentsply Maillefer**<br>Dentsply Mailefer Dept. TUL<br>PO Box 822462<br>Philadelphia, PA 19182-2462 | 8/30/2023-11/28/2023 | $15,091.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32. **Reliance Dental MFG, Co.**<br>PO Box 38<br>Worth, IL 60482-0038 | 8/30/2023-11/28/2023 | $12,070.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **IQ Dental Supply, LLC**                                                Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.33. | **KNK Medical Dental /Pro2 Solutions**<br>**PO Box 38**<br>**Pinole, CA 94564** | **8/30/2023-11/28/2023** | **$11,525.11** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34. | **TD Bank**<br>**1701 Marlton Pike E**<br>**Cherry Hill, NJ 08003** | **8/30/2023-11/28/2023** | **$9,984.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Credit card** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Sergey Kunin**<br>**78 Weinmanns Blvd.**<br>**Wayne, NJ 07470**<br>**Managing member** | **12/1/22 -**<br>**12/1/23** | **$2,307.69** | **Salary** |
| 4.2. | **Yuliya Iskhakova**<br>**78 Weinmanns Blvd**<br>**Wayne, NJ 07470**<br>**Debtor's landlord** | **12/1/22 -**<br>**12/1/23** | **$23,400.00** | **Apartment rent for Sergey Kunin** |
| 4.3. | **Mainline Medical Dental Supplies**<br>**100-102 Rossdean Drive**<br>**New York ON M9L 2S1**<br>**CANADA**<br>**Entity related to SGD Intenational Inc.** | **12/1/22 -**<br>**12/1/23** | **$108,000.00** | **Professional Fees** |

5. **Repossessions, foreclosures, and returns**
   List property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

| Debtor | **IQ Dental Supply, LLC** | | Case number *(if known)* | |

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Sergey Kunin & IQ Dental Supply, LLC vs. Alex Blinetsky & Yuliya Dyuh**<br>**ESX-DC-006066-22** | Civil Action | **Superior Court of New Jersey**<br>**Law Division Essex County**<br>**Special Civil**<br>**495 Dr. Martin Luther King, Jr. Blvd.**<br>**Newark, NJ 07102** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **IQ Dental Supply, LLC**                                          Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Trenk Isabel Siddiqi & Shahdandian P.C. 290 W. Mt. Pleasant Avenue Suite 2370 Livingston, NJ 07039** | **Attorney Fees** | **11/1/23** | **$25,000.00** |
| | **Email or website address rtrenk@trenkisabel.law** | | | |
| | **Who made the payment, if not debtor? Alliance Dental Supply Inc.** | | | |
| 11.2. | **Trenk Isabel Siddiqi & Shahdanian P.C. 290 W. Mt. Pleasant Avenue Suite 2370 Livingston, NJ 07039** | **Attorney Fees** | **12/5/23 & 12/6/23** | **$50,000.00** |
| | **Email or website address rtrenk@trenkisabel.law** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    **IQ Dental Supply, LLC** _____    Case number _(if known)_ _____

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **IQ Dental Supply, LLC 401(k) Plan** | EIN:  **47-3723054** |

Has the plan been terminated?
☑ No
☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **IQ Dental Supply, LLC**                                                        Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

<br>

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Dr Krasnov & Dr Mikhailov StomatCare DSO, LLC 333 SE 2nd Ave Suite 2520 Miami, FL 33131** | **353 Route 46W, Building C, Unit 120 Fairfield, NJ 07004** | **Used equipment** | **Unknown** |

<br>

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

<br>

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

Debtor    **IQ Dental Supply, LLC**                                    Case number *(if known)*

---

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Alliance Dental Supply, Inc.**<br>**353 Route 46W, Building C,**<br>**Unit 120**<br>**Fairfield, NJ 07004** | **Handles business outside the United States** | EIN: **46-4424751**<br><br>From-To  **12/30/13 - current** |
| 25.2. **IQ Dental Education Inc.**<br>**353 Route 46W, Building C,**<br>**Unit 120**<br>**Fairfield, NJ 07004** | **Dental assistance education program** | EIN: **81-4505578**<br><br>From-To  **11/17/2016 - current** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Brian Block**<br>**353 Route 46W, Building C, Unit 120**<br>**Fairfield, NJ 07004** | **July 2021 - present** |
| 26a.2. **PKF O'Connor Davies,LLP**<br>**300 Tice Boulevard**<br>**Suite 315**<br>**Woodcliff Lake, NJ 07677** | **2021 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor   **IQ Dental Supply, LLC** _____   Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sergey Kunin | 78 Weinmanns Blvd. Wayne, NJ 07470 | Managing Member | 50 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| SGD Intenational Inc. | Donna S. Allman, Director The Grove, 31 Pine Rd, Belleville St Michael, BB11113 BARBADOS | Member | 50 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Yuliya Iskhakova** 78 Weinmanns Blvd Wayne, NJ 07470 | $23,400 | 12/1/22 - 12/1/-23 | Apartment rent for Sergey Kunin |
| | Relationship to debtor **Debtor's Landlord** | | | |
| 30.2. | **Mainline Medical Dental Supplies** 100-102 Rossdean Drive New York ON M9L 2S1 CANADA | 108,000.00 | 12/1/22 - 12/1/23 | Professional Fees |
| | Relationship to debtor **Entity related to SGD Intenational Inc.** | | | |
| 30.3. | **Sergey Kunin** 78 Weinmanns Blvd. Wayne, NJ 07470 | $2307.69 | 12/1/22 - 12/1/23 | Salary |
| | Relationship to debtor **Managing Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

Debtor    **IQ Dental Supply, LLC**                                      Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  8, 2023**

**/s/ Sergey Kunin**                                    **Sergey Kunin**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re  **IQ Dental Supply, LLC** _____  Case No. _____

                                        Debtor(s)          Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____  $  **Fees & expenses allowed by the**
                                                                      **Bankruptcy Court**

    Prior to the filing of this statement I have received _____  $  **$50,000 retainer\*\*\***

    Balance Due _____  $  **Fees & expenses allowed by the**
                                                              **Bankruptcy Court**

2.  The source of the compensation paid to me was:

    ☑ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor      ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **General representation of the Debtor in this Chapter 11 case as set forth in the Application for Retention of Trenk Isabel Siddiqi & Shahdanian P.C., as counsel to the Debtor.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 8, 2023** _____          /s/ Richard D. Trenk _____
_Date_                                              **Richard D. Trenk**
                                                    _Signature of Attorney_
                                                    **Trenk Isabel Siddiqi & Shahdanian P.C.**
                                                    **290 W. Mt. Pleasant Avenue**
                                                    **Suite 2370**
                                                    **Livingston, NJ 07039**
                                                    **(973) 533-1000   Fax: (973) 533-1111**
                                                    **rtrenk@tisslaw.com**
                                                    _Name of law firm_

---

**\*\*\* Prior to the Petition Date, Trenk Isabel Siddiqi & Shahdanian P.C. ("TISS"), received and deposited in trust the sum of $50,000.00, representing the retainer plus filing fees. TISS applied $13,893.65 in payment of invoices for fees and the filing fees incurred prior to the Petition Date. TISS maintains a retainer of $36,106.35.**

# United States Bankruptcy Court
### District of New Jersey

In re __IQ Dental Supply, LLC__

Debtor(s)

Case No. _____

Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sergey Kunin**<br>**353 Route 46W, Building C, Unit 120**<br>**Fairfield, NJ 07004** | | **50 percent** | **LLC Member** |
| **SGD Intenational Inc.**<br>**Donna S. Allman, Director**<br>**The Grove, 31 Pine Rd, Belleville**<br>**St Michael, BB11113**<br>**BARBADOS** | | **50 percent** | **LLC Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __December  8, 2023__

Signature __/s/ Sergey Kunin__

__Sergey Kunin__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### District of New Jersey

In re    **IQ Dental Supply, LLC** _____    Case No. _____
                                              Debtor(s)       Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    **December  8, 2023** _____        **/s/ Sergey Kunin** _____
                                                         **Sergey Kunin**/**Managing Member**
                                                         Signer/Title

3M Oral Care
PO Box 371227
Pittsburgh, PA 15250-7227


A-Titan Instruments
10 Centre Dr.
Hamburg, NY 14127


Accutron Inc.
P.O.Box 74007016
Chicago, IL 60674-7016


ACE Surgical Supply
1034 Pearl Street
PO Box 1710
Brockton, MA 02303


Acteon, Inc
124 Gaither Drive Suite 140
Mount Laurel, NJ 08054


AFP Imaging
ImageWorks
8 Westchester Plaza
Suite 112
Elmsford, NY 10523


Aidite (Qinhuangdoa) Technology Co.
Advanced Dental Materials
600 Technology  Park
Suite 108
Lake Mary, FL 32746


Air Techniques Products
1295 Walt Whitman Road
Melville, NY 11747


Align Technology/ iTero
PO Box 742531
Los Angeles, CA 90074-2531


Alliance Dental Supply Inc.
151-4 W. Industry Court
Deer Park, NY 11729

Aluwax Dental Product
P.O. Box 87
Allendale, MI 49401


Amazon Services Business Solutions
410 Terry Ave N
Seattle, WA 98109


American Eagle Instruments, Inc
6575 Butler Creek Rd.
Missoula, MT 59808


American Express
PO Box 1270
Newark, NJ 07101-1270


Ansell Healthcare Products LLC
Dept CH 17373
Palatine, IL 60055-7373


Arnel Inc
73 High Street
Hempstead, NY 11550


Aseptico
8333 216th Street SE
Woodinville, WA 98072-1548


Bank of America
3558 James Ave N
Minneapolis, MN 55412-2438


Bausch
12 Murphy Drive, Unit 4
Nashua, NH 03062


Beavers / Kerr
Fifth Third Bank
5050 Kingsley Drive
Cincinnati, OH 45227


Beaverstate Dental, Inc
115 South Elliott Rd
Newberg, OR 97132

Bien Air
8861 Research Drive
Irvine, CA 92618


Biotec, Inc
652 E. Main Ave.
Zeeland, MI 49464-1399


Blazer Products, Inc
88-90 Allen Blvd
Farmingdale, NY 11735


BonArt
550 Yorbita Rd
La Puente, CA 91744


Brandt Equipment
4461 Bronx Blvd.
Bronx, NY 10470-1496


Bravo! Building Services, Inc.
1260 Centennial Avenue
Piscataway, NJ 08854


Brewer
N88 W 13901 Main Street
Suite 100
Menomonee Falls, WI 53051


Buffalo Dental Manufacture Co
159 Lafayette Dr.
P.O. Box 678
Syosset, NY 11791-0678


Bulbworks, Inc
P.O. Box 586
Succasunna, NJ 07876


CAO Group
4628 W Skyhawk Drive
West Jordan, UT 84084


Capital One
PO Box 71083
Charlotte, NC 28272-1083

Cefla North America, Inc
6125 Harris Technology Blvd
Charlotte, NC 28269


Centrix
P.O. Box 527
Stratford, CT 06615-0527


Chapman-Huffman
320 S.E. Brideford Blvd
Bend, OR 97702


Chase
PO Box 6294
Carol Stream, IL 60197-6294


Che Lai Chang
East West Bank
535 Madison Avenue, 8th Floor
New York, NY 10022


CitiCard
PO Box 70166
Philadelphia, PA 19176-0166


Clik Tech, Inc
12281 N. 120th Street
Scottsdale, AZ 85259


Coltène/Whaledent Inc.
Department 781842
PO Box 78000
Detroit, MI 48278-1842


CONAMCO S.A. de C.V.
Medental Intl
3008 Palm Hill Dr
Vista, CA 92084


Consolidated Paper Group, Inc
P.O Box 51866
Bowling Green, KY 42104

Crosstex International
PO Box 74008664
Chicago, IL 60674-8664


Crown Delta Corporation
1520 Front Street
Yorktown Heights, NY 10598


Crown Seating
7300 South Tucson Way
Centennial, CO 80112


Curtis Marsh
9 Beechwood Rd
West Caldwell, NJ 07006


Cuting Edge Instrument, Inc
P.O. Box 715602
Columbus, OH 43271-5602


Danville Materials
2875 Loker Avenue E
Carlsbad, CA 92010


Darby Dental Supply LLC
PO Box 26582
New York, NY 10087-6582


DCI Fulfilment Solutions
361 E Water St
Gettysburg, PA 17325


DCI International
Dental Components LLC
Mail Stop 76
PO Box 4300
Portland, OR 97208


De Lage Landen Financial Services Inc
1111 Old Eagle School Road
Wayne, PA 19087


Dedeco International, Inc.
11617 State Route 97
Long Eddy, NY 12760-0244

Deepak / Keystone
480 S Democrat Road
Gibbstown, NJ 08027


DeLar
P.O. Box 226
Lake Oswego, OR 97034


DenMat
1017 W Central Ave
Lompoc, CA 93436


Dental Chair Adaptors
PO Box 818
Big Bear City, CA 92314


Dental Connections
114 41st Street
Brooklyn, NY 11232-3320


DentalEZ / Custom Air
301 Lindenwood Drive
Suite 100
Malvern, PA 19355


DentalEZ / Ramvac
301 Lindenwood Drive, Suite 100
Malvern, PA 19355


DentalEZ / Star Dental
301 Lindenwood Drive
Suite 100
Malvern, PA 19355


Dentamerica Inc
18688 E. San Jose Avenue
City of Industry, CA 91748


Denti Smart
1810 Industrial Park Drive
Suite A
Grand Haven, MI 49417

Dentonics,Inc
2833 Tophill Road
Monroe, NC 28110


Dentsply Caulk
Dentsply International Inc.
Dept. DNA
P.O.Box 822462
Philadelphia, PA 19182-2462


Dentsply Maillefer
Dentsply Maillefer
Dept. TUL
P.O.Box 822462
Philadelphia, PA 19182-2462


Dentsply Midwest
Dentsply International Inc.
Dept. DNA
P.O.Box 822462
Philadelphia, PA 19182-2462


Dentsply Pharmaceutical
Dentsply International Inc.
Dept. DNA
P.O.Box 822462
Philadelphia, PA 19182-2462


Dentsply Professional
Dentsply International Inc.
Dept. DNA
P.O.Box 822462
Philadelphia, PA 19182-2462


Dentsply Rinn
Dentsply International Inc.
Dept. DNA
P.O.Box 822462
Philadelphia, PA 19182-2462


Dexis LLC
450 Commerce Drive
Quakertown, PA 18951

Dharma Research
5220 NW 72nd Avenue
Bay #15
Miami, FL 33166


Diadent Group International Inc
11-3871 North Fraser Way
Burnany BC V5J5G6
CANADA


Directa, Inc (ContacEZ)
PO Box 9004
Edgewood, NY 11717


Discover Bank
PO Box 70176
Philadelphia, PA 19176-0176


Division of Taxation
124 Halsey Street
2nd Floor
Newark, NJ 07102


DMG America LLC
65 Challenger Road
Suite 340
Ridgefield Park, NJ 07660


Dri-Angle/ Dental Health Products
4600 Witmer Industrial Estates Road
Suite 8
Niagara Falls, NY 14305


DS Business Life Simplified
151 W Sumner Ave
Kenilworth, NJ 07033


E. C. Moore Company, Inc
13325 Leonard St
PO Box 353
Dearborn, MI 48121


East West Bank
9300 Flair Drive, 6th Floor
El Monte, CA 91731

East West Bank Corporate Headquaters
135 N. Robles Avenue
Pasadena, CA 91101


EcoGuard,Inc
700 S Battleground Ave
#103
Grover, NC 28073


Emerson Healthcare
PO Box 37835
Baltimore, MD 21297-7835


Enbio Corp
3535 Gravel Springs Rd
Suite 205
Buford, GA 30519


Engle Dental Systems, LLC
7205 NW Evergreen PKWY
Suite 100
Hillsboro, OR 97124


Essential Dental Systems, Inc
89 Leuning Street
South Hackensack, NJ 07606


F.G.N. Associates
c/o Finch Realty
55 Central Ave
Farmingdale, NY 11735


FedEx
P.O. Box 371461
Pittsburgh, PA 15250-7461


Flight Dental Systems
21 Kenview Blvd #9
Brampton, ON T6T 5G7
CANADA


FlossAid Corporation
PO Box 624
Santa Clara, CA 95052

Flow X-Ray Corporation
Flow Dental Corporation
133 Wolf Road
Battleboro, NC 27809


Focus Global
1057 Steeles Ave West
Suite 81691
North York ON M2R 2S0
CANADA


Forest Dental
301 Lindenwood Drive
Suite 100
Malvern, PA 19355


G&H Orthodontics
G & H Wire Company
2165 Earlywood Drive
Franklin, IN 46131


GC America Inc.
3737 W. 127th St
Alsip, IL 60803


George Taub Products
277 New York Ave
Jersey City, NJ 07307


Gill Mechanical Company
PO Box 24628
Eugene, OR 97402


Gingi-Pak
4825 Calle Alto
Camarillo, CA 93012


GM Financial
801 Cherry Street, Suite 3500
Fort Worth, TX 76102


GM Financial
PO Box 183593
Arlington, TX 76096-3834

Great Plains Dental Product, Inc
111 East A Avenue
P.O.Box 515
Kingman, KS 67068


Hager Worldwide
441 19th Street SE
Hickory, NC 28602


Headsets com
211 Austin St
San Francisco, CA 94109


Heartsmart.com / Phillips
P.O.Box 1301
New Milford, CT 06776


Hexa Dental
5211 E. Washington Blvd
Ste#2-201
Commerce, CA 90040


Holmes Dental Company
50 S. Penn Street
Hatboro, PA 19040


Hooker Sale Co. Inc.
PO Box 491333
Leesburg, FL 34749-1333


HPTC, Inc
20793 Farmington Road
Farmington, MI 48336


Hu-Friedy
29254 Network Place
Chicago, IL 60673-1292


IC Care
2652 McGaw Ave
Irvine, CA 92614


IDS
920 W. 84th Street
Hialeah, FL 33014

Integra LifeSciences Sales LLC.
P.O.Box 404129
Atlanta, GA 30384-4129


Internal Revenue Service
Special Procedures Branch
PO Box 744
Springfield, NJ 07081-0744


Internal Revenue Service
Attn: District Director
955 S. Springfield Avenue
Springfield, NJ 07081


Internal Revenue Service
Office of the Chief Counsel
1 Newark Center, Suite 1500
Newark, NJ 07102


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


IQ Dental Supply, Inc.
353 Route 46W, Building C, Unit 120
Fairfield, NJ 07004


Isolate Systems
I 2 Air Fluid Innovations, Inc.
14 Valleywood Dr
Huntington Station, NY 11746


Ivoclar Vivadent
175 Pineview Drive
Amherst, NY 14228


J&J Instruments, LLC
1666 East Touhy Avenue
Des Plaines, IL 60018


Jarahi International
P.O.Box 645
Lake Hopatcong, NJ 07849

Jay H Katz
450 Seventh Ave, Suite 1308
New York, NY 10123


Jazz Imaging
770 Charcot Ave
Suite 100
San Jose, CA 95131


Johnson-Promident
PO Box 734047
Chicago, IL 60673-1257


JR Rand Corporation
300 Buffalo Ave
Freeport, NY 11520


KaVo Dental
11727 Fruehauf Drive
Charlotte, NC 28273


Kerr
Kerr Corporation (Lockbox 14338)
540 W.Madison,4th Floor
Chicago, IL 60661


Keystone Industries
480 S. Democrat Road
Gibbstown, NJ 08027


Kinetic Instruments Inc
17 Berkshire Boulevard
Bethel, CT 06801


Kulzer, LLC
24646 Network Place
Chicago, IL 60673-1246


Kuraray America, Inc.
PO Box 123122
Dallas, TX 75312-3122

L&R Manufacturing
577 Elm Street
P.O Box 607
Kearny, NJ 07032-0607


L.L.Bean Inc.
Financial Accounting Services
PO Box 1847
Albany, NY 12201-1847


Larissa Kunin
Starr, Gern, Davison & Rubin PC
Attn:  Bruce Pitman & Alona Magidova
105 Eisenhower Parkway, Suite 401
Roseland, NJ 07068


Lexus Financial Services
PO Box 659820
San Antonio, TX 78265-9120


LG H&H USA, INC.
PO  Box 894495
Los Angeles, CA 90189-4495


LMAN LNT LLC
d/b/a Fairfield Business Center
PO Box 180240
Brooklyn, NY 11218


LumaLite, Inc.
2830 Via Orange Way
Suite B
Purchase, NY 10577


Luxury Card
PO Boz 13337
Philadelphia, PA 19101-3337


Madison Pension Services
Concierge Retirement Services Inc.
2500 Westchester Avenue, Suite 106
Purchase, NY 10577

Mainline Medical Dental Supplies
100-102 Rossdean Drive
New York ON M9L 2S1
CANADA


Matthew E. Frisch, Esq.
Pashman Stein Walder Hayden PC
Court Plaza South, 21 Main St #200
Plainfield, NJ 07061


Maximum Dental
9 Branwood Drive
Dix Hills, NY 11746


MCC Modular &Custom Cabinets
10721 Keele Street N
PO Box 580
Maple ON L6A 1S5
CANADA


Medicom
AMD Medicom Inc.
6054 Shook Road
Suite 200
Lockbourne, OH 43137


Medtexx
Semperit Investments Asia Pte Ltd (SIA)
8 Jurong Town Hall Road
#12-05/06 JTC Summit 609434
SINGAPORE


Meisinger
10150 E. Easter Ave
Centennial, CO 80112


Metrex
Metrex Research LLC (Lockbox 14340)
540 W.Madison,4th Floor
Chicago, IL 60661


Microbrush International
25788 Network Place
Chicago, IL 60673-1257

Microcopy
3120 Moon Station Rd
Kennesaw, GA 30144-2765


Microtech
3030 S. Fairview St, Suite A
Santa Ana, CA 92704


Midmark
60 Vista Drive
Versailles, OH 45380


Mizzy / Keystone
480 S Democrat Road
Gibbstown, NJ 08027


Moore Medical LLC / McKesson
1690 New Britain Avenue
Farmington, CT 06032


MTI Dental Products
730 Airport Road
Unit 1
Lakewood, NJ 08701


Myco Medical
PO Box 896578
Charlotte, NC 28289-6578


NDC Inc.
402 BNA Drive, Suite 500
Nashville, TN 37217


NetSuite, Inc.
Celigo,Inc
Dept 0402
PO Box 120402
Dallas, TX 75312-0402


New Jersey Division of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245

Noel's Installation LLC
5919 Summerdale Ave
Philadelphia, PA 19149


Nordent Manufacturing Inc.
610 Bonnie Lane
Elk Grove Village, IL 60007


NSK America
1800 Global Parkway
Hoffman Estates, IL 60192


NYC Dept. of Finance
Office of Legal Affairs
375 Pearl Street, 30th Floor
New York, NY 10038


NYS Dept. Taxation & Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300


Office of the Attorney General
Division of Law
PO Box 080
Trenton, NJ 08625-0080


Ortech Controls
14739 Aurora Ave N UNIT 120
Seattle, WA 98133


OrthoQuest/Plak Smacker
PO Box 734362
Chicago, IL 60673


Pac-Dent, Inc
670 Endeavor Circle
Brea, CA 92821


Palmero Health Care
120 Goodwin Place
Stratford, CT 06615-6713

Parkell
300 Executive Drive PO Box 9004
Brentwood, NY 11717


Parker Hannfin Cor / Porter Instrument
7930 Collection Center Drive
Chicago, IL 60693


Parts Warehouse
309 Judson
Lynden, WA 98264


Pascal International, Inc
2929 NE Northup Way
Bellevue, WA 98004


PDT Inc
8275 Highway 10 West
PO Box 17980
Missoula, MT 59808


Pentron /Kerr Corp.
14338 Collection Center Drive
Chicago, IL 60693


Pinnacle
Pinnacle (Lockbox 14340)
540 W.Madison,4th Floor
Chicago, IL 60661


PIX
Minimax
133 Wolf Road
Battleboro, NC 27809


PKF O'Connor Davies,LLP
300 Tice Boulevard
Suite 315
Woodcliff Lake, NJ 07677


Plasdent Corporation
969 Price Street
Pomona, CA 91767

Polaroid Dental Imaging
8 Jay Court
Monsey, NY 10952


Premier
PO Box 825429
Philadelphia, PA 19182-5429


Preventech
PO Box 1409
Indian Trail, NC 28079


ProEdge Dental Product
7042 S Revere Parkway, Suite 400
Centennial, CO 80112


Proma
730 East Kingshill Place
Carson, CA 90746-1392


ProxySoft Worldwide,Inc
17 C Trowbridge Drive
Bethel, CT 06801


Pulpdent Corp
P.O. BOX 780
Watertown, MA 02471-0780


PuraGraft
22001 Northpark Drive, Suite 700
Kingwood, TX 77339


Quality Aspirators
PO Box 382120
Duncanville, TX 75138


Quality Dental
42 Rutland Road
Hempstead, NY 11550


RAY America
400 Kelby St .Ste 1500
Fort Lee, NJ 07024

Rebec
PO Box 658
Edmonds, WA 98020


Replacement Parts Industries, Inc
PO Box 713198
Chicago, IL 60677-0398


Revion Solutions Incorporated
184 South Livingston Ave
STE 9#306
Livingston, NJ 07039


Richmond Dental Company
Dept.720082
PO Box 1335
Charlotte, NC 28201-1335


Roydent
608 Rolling Hills Drive
Johnson City, TN 37604


Sable Industries Inc
100 Campbell Ave., Suite 5
Kitchener ON N2H 4X8
CANADA


Safe-Dent Enterprises LLC
4 Orchard Hill Drive
Monsey, NY 10952


Safe-Vac
6745 Elegante Way
San Diego, CA 92130


Sanford Levine & Sons
400 Rt 46 East
Fairfield, NJ 07004


SDI
1279 Hamilton Parkway
Itasca, IL 60143

Septodont
205 Granite Run Drive, Suite 150
Lancaster, PA 17601


Sergey Kunin
78 Weinmanns Blvd.
Wayne, NJ 07470


SGD International Inc.
Neil L. Prupis, Esq.
Wilson Elser
7 Giralda Farms
Madison, NJ 07940


SGD International Inc.
Donna S. Allman, Director
The Grove, 31 Pine Rd, Belleville
St Michael, BB11113
BARBADOS


Sherman Specialty Company
300 Jericho Quadrangle
Suite 240 West
Jericho, NY 11753


Shofu Dental Corporation
1225 Stone Drive
San Marcos, CA 92078-4059


Solmetex
50 Bearfoot Road
Northborough, MA 01532


South East Instruments, LLC
Pac-Dent
670 Endeavor Circle
Brea, CA 92821


Southeast Medical Products, Inc
5524 Commerce Dr
Orlando, FL 32839


Spring Health Products
705 General Washington Ave, Suite 701
Norristown, PA 19403

SprintRay Inc.
3577 N Figueroa St
Los Angeles, CA 90065


SS White Burs, Inc.
1145 Towbin Avenue
Lakewood, NJ 08701


State of New Jersey
Division of Taxation
Sales & Use Tax
PO Box 999
Trenton, NJ 08625


State of New Jersey
Division of Taxation - GIT
50 Barrack Street
PO Box 269
Trenton, NJ 08625


State of New Jersey
Department of Labor
Divison of Employer Accounts
PO Box 379
Trenton, NJ 08625-0059


Strauss Diamond Instruments Inc.
9 Florida Park Drive N.
Palm Coast, FL 32137


Subaru Motors Finance
14800 Frye Road
Fort Worth, TX 76155-2732


Suburban Propane
PO Box J
Whippany, NJ 07981-0409


Summit Dental Systems
1280 SW 27 Avenue
Pompano Beach, FL 33069


Suni Medical Imaging
6840 Via Del Oro, Suite 160
San Jose, CA 95119

Superior Handling Solutions
PO Box 257
Howell, NJ 07731-0257


Superior Upholstery
2103 W Church St.
Orlando, FL 32805


Surgical Esthetics
19355 Business Center Drive Unit #8
Northridge, CA 91324


Surgical Specialties Corporation
1100 Berkshire Blvd, Suite 308
Wyomissing, PA 19610


SymplBrush
1562 1st Ave.
New York, NY 10028


Takara Belmont USA, Inc
PO Box 358141
Pittsburgh, PA 15251-5141


TC II Land LLP
100 Sandau Rd., Ste. 300
San Antonio, TX 78216


TD Bank
1701 Marlton Pike E
Cherry Hill, NJ 08003


Teal's Express, Inc.
PO Box 6010
Watertown, NY 13601


Temrex Corp.
300 Buffalo Ave
Freeport, NY 11520


Texas Comptroller of Public Accounts
Revenue Accounting Division - Bankruptcy
P.O. Box 13528 Capitol Station
Austin, TX 78711

TForce Freight
28013 Network Place
Chicago, IL 60673-1280


The Dental Repair Specialist, LLC
27 Arcturus Drive
Sewell, NJ 08080


The Hospitality Group Limited
Wilmslow Road Didsbury
Manchester M20 5WZ


Tokuyama Dental America Inc
740 Garden View Court, Suite 200
Encinitas, CA 92024


TPC Advanced Technology
851 S.Lawson Street
City of Industry, CA 91748


Tuttnauer
PO Box 23279
New York, NY 10087-3279


UDM
608 Rolling Hills Drive
Johnson City, TN 37601


Uline
2200 S Lakeside Drive
Waukegan, IL 60085


UMG Medical Imaging
28 Calvert Street
Harrison, NY 10528


Unimed-Midwest, Inc
21875 Grenada Avenue
Lakeville, MN 55044


United States Attorney
970 Broad Street
5th Floor
Newark, NJ 07102

ValuMax International, Inc
848 Hausmnan Road
Allentown, PA 18104


Vaniman
140 N. Brandon Rd
Fallbrook, CA 92028


Vatech America Inc.
2200 Fletcher Avenue
Suite 705A
Fort Lee, NJ 07024


Vector
69th Ave. West University
Tacoma, WA 98466


Vector R & D Inc.
6824 19th St. #230
University Place, WA 98466


Velopex International, Inc.
105 East 17th Street
Saint Cloud, FL 34769


Villa Radiology Systems
199 Park Road Ext.; Suite 107
Middlebury, CT 06762


Vista Dental Products
2200 South Street
Racine, WI 53404


VITA North America
22705 Savi Ranch Pkwy; Suite 100
Yorba Linda, CA 92887


W.B.Mason
W.B.Mason Co., Inc
PO Box 981101
Boston, MA 02298-1101


Water Pik, Inc
P.O.Box 74008464
Chicago, IL 60674-8464

Xttrium Laboratories
1200 E Business Center Dr
Mount Prospect, IL 60056-6041


Young Denticator
Young Dental Manufacturing I,LLC
25787 Network Place
Chicago, IL 60673-1257


Zhermack, Inc
PO Box 4195
River Edge, NJ 07661-4195


Zirc Dental Products
3918 Hwy 55 SE
Buffalo, MN 55313

# United States Bankruptcy Court
## District of New Jersey

In re    **IQ Dental Supply, LLC**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **IQ Dental Supply, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**SGD Intenational Inc.**
**Donna S. Allman, Director**
**The Grove, 31 Pine Rd, Belleville**
**St Michael, BB11113**
**BARBADOS**

☐ None [*Check if applicable*]

**December  8, 2023**

Date

**/s/ Richard D. Trenk**

**Richard D. Trenk**

Signature of Attorney or Litigant
Counsel for    **IQ Dental Supply, LLC**
**Trenk Isabel Siddiqi & Shahdanian P.C.**
**290 W. Mt. Pleasant Avenue**
**Suite 2370**
**Livingston, NJ 07039**
**(973) 533-1000 Fax:(973) 533-1111**
**rtrenk@trenkisabel.law**