**Fill in this information to identify the case:**

Debtor name **IQ Dental Supply, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) **23-21402 (SLM)**

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule* **E/F**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 12, 2023**

*X* **/s/ Sergey Kunin**
Signature of individual signing on behalf of debtor

**Sergey Kunin**
Printed name

**Managing Member**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **IQ Dental Supply, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) **23-21402 (SLM)**

■ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | **10,092,591.88** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | **10,092,591.88** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **3,385,345.70** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **0.00** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | **4,712,912.24** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **8,098,257.94** |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **IQ Dental Supply, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) **23-21402 (SLM)**

■ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Division of Taxation**<br>**124 Halsey Street**<br>**2nd Floor**<br>**Newark, NJ 07102**<br><br>As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Date or dates debt was incurred<br><br>Basis for the claim: **For Noticing Purposes Only**<br><br>Last 4 digits of account number<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | **$0.00** | **$0.00** |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Special Procedures Branch**<br>**PO Box 744**<br>**Springfield, NJ 07081-0744**<br><br>As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Date or dates debt was incurred<br><br>Basis for the claim: **For Noticing Purposes Only**<br><br>Last 4 digits of account number<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | **$0.00** | **$0.00** |

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**
Name

2.3 Priority creditor's name and mailing address
**Internal Revenue Service**
**Attn: District Director**
**955 S. Springfield Avenue**
**Springfield, NJ 07081**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **For Noticing Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.4 Priority creditor's name and mailing address
**Internal Revenue Service**
**Office of the Chief Counsel**
**1 Newark Center, Suite 1500**
**Newark, NJ 07102**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **For Noticing Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.5 Priority creditor's name and mailing address
**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **For Noticing Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.6 Priority creditor's name and mailing address
**New Jersey Division of Taxation**
**Bankruptcy Section**
**PO Box 245**
**Trenton, NJ 08695-0245**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **For Noticing Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**
Name

2.7 Priority creditor's name and mailing address
**NYC Dept. of Finance**
**Office of Legal Affairs**
**375 Pearl Street, 30th Floor**
**New York, NY 10038**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

2.8 Priority creditor's name and mailing address
**NYS Dept of Taxation & Finance**
**Transaction Field Audit Bureau**
**Mid-Hudson Regional Office**
**44 South Broadway, 6th Floor**
**White Plains, NY 10601-4425**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **For Noticing Purposes Only**

Last 4 digits of account number **2928**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

2.9 Priority creditor's name and mailing address
**NYS Dept. Taxation & Finance**
**Bankruptcy/Special Procedures Section**
**P.O. Box 5300**
**Albany, NY 12205-0300**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

2.10 Priority creditor's name and mailing address
**Office of the Attorney General**
**Division of Law**
**PO Box 080**
**Trenton, NJ 08625-0080**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**
Name

2.11 Priority creditor's name and mailing address
**State of New Jersey**
**Division of Taxation**
**Sales & Use Tax**
**PO Box 999**
**Trenton, NJ 08625**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

2.12 Priority creditor's name and mailing address
**State of New Jersey**
**Division of Taxation - GIT**
**50 Barrack Street**
**PO Box 269**
**Trenton, NJ 08625**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

2.13 Priority creditor's name and mailing address
**State of New Jersey**
**Department of Labor**
**Divison of Employer Accounts**
**PO Box 379**
**Trenton, NJ 08625-0059**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

2.14 Priority creditor's name and mailing address
**Texas Comptroller of Public Accounts**
**Revenue Accounting Division - Bankruptcy**
**P.O. Box 13528 Capitol Station**
**Austin, TX 78711**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**
Name

2.15 Priority creditor's name and mailing address
**United States Attorney**
**970 Broad Street**
**5th Floor**
**Newark, NJ 07102**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

3.1 **Nonpriority creditor's name and mailing address**
**3M Oral Care**
**PO Box 371227**
**Pittsburgh, PA 15250-7227**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

**$332,159.67**

3.2 **Nonpriority creditor's name and mailing address**
**A-Titan Instruments**
**10 Centre Dr.**
**Hamburg, NY 14127**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

**$2,881.69**

3.3 **Nonpriority creditor's name and mailing address**
**Accutron Inc.**
**P.O.Box 74007016**
**Chicago, IL 60674-7016**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

**$17,062.90**

3.4 **Nonpriority creditor's name and mailing address**
**ACE Surgical Supply**
**1034 Pearl Street**
**PO Box 1710**
**Brockton, MA 02303**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

**$887.28**

3.5 **Nonpriority creditor's name and mailing address**
**Acteon, Inc**
**124 Gaither Drive Suite 140**
**Mount Laurel, NJ 08054**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

**$11,922.12**

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**

Name

**3.6** **Nonpriority creditor's name and mailing address**

**AFP Imaging**
**ImageWorks**
**8 Westchester Plaza**
**Suite 112**
**Elmsford, NY 10523**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** For Noticing Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

**3.7** **Nonpriority creditor's name and mailing address**

**Aidite (Qinhuangdoa) Technology Co.**
**Advanced Dental Materials**
**600 Technology Park**
**Suite 108**
**Lake Mary, FL 32746**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$324,039.62**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**3.8** **Nonpriority creditor's name and mailing address**

**Air Techniques Products**
**1295 Walt Whitman Road**
**Melville, NY 11747**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$121,533.97**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**3.9** **Nonpriority creditor's name and mailing address**

**Align Technology/ iTero**
**PO Box 742531**
**Los Angeles, CA 90074-2531**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$58,890.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**3.10** **Nonpriority creditor's name and mailing address**

**Aluwax Dental Product**
**P.O. Box 87**
**Allendale, MI 49401**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$327.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**3.11** **Nonpriority creditor's name and mailing address**

**American Eagle Instruments, Inc**
**6575 Butler Creek Rd.**
**Missoula, MT 59808**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,753.23**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**3.12** **Nonpriority creditor's name and mailing address**

**American Express**
**PO Box 1270**
**Newark, NJ 07101-1270**

**Date(s) debt was incurred** _

**Last 4 digits of account number** 4001

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,774.34**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit card purchases

Is the claim subject to offset? ■ No ☐ Yes

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**

3.13 **Nonpriority creditor's name and mailing address**
**American Express**
**PO Box 1270**
**Newark, NJ 07101-1270**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1018

**As of the petition filing date, the claim is:** *Check all that apply.* **$128,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Credit card purchases
Is the claim subject to offset? ■ No ☐ Yes

3.14 **Nonpriority creditor's name and mailing address**
**American Express**
**PO Box 1270**
**Newark, NJ 07101-1270**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2000

**As of the petition filing date, the claim is:** *Check all that apply.* **$34,530.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Credit card purchases
Is the claim subject to offset? ■ No ☐ Yes

3.15 **Nonpriority creditor's name and mailing address**
**American Express**
**PO Box 1270**
**Newark, NJ 07101-1270**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 3008

**As of the petition filing date, the claim is:** *Check all that apply.* **$513,938.28**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Credit card purchases
Is the claim subject to offset? ■ No ☐ Yes

3.16 **Nonpriority creditor's name and mailing address**
**Ansell Healthcare Products LLC**
**Dept CH 17373**
**Palatine, IL 60055-7373**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$600.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.17 **Nonpriority creditor's name and mailing address**
**Arnel Inc**
**73 High Street**
**Hempstead, NY 11550**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$880.06**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.18 **Nonpriority creditor's name and mailing address**
**Aseptico**
**8333 216th Street SE**
**Woodinville, WA 98072-1548**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$387.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.19 **Nonpriority creditor's name and mailing address**
**Bank of America**
**3558 James Ave N**
**Minneapolis, MN 55412-2438**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 6196

**As of the petition filing date, the claim is:** *Check all that apply.* **$34,952.95**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Credit card purchases
Is the claim subject to offset? ■ No ☐ Yes

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**

Name

**3.20** **Nonpriority creditor's name and mailing address**
**Bank of America**
**3558 James Ave N**
**Minneapolis, MN 55412-2438**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 8784

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,906.68**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Credit card purchases
Is the claim subject to offset? ■ No ☐ Yes

**3.21** **Nonpriority creditor's name and mailing address**
**Bank of America**
**3558 James Ave N**
**Minneapolis, MN 55412-2438**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 7078

**As of the petition filing date, the claim is:** *Check all that apply.* **$25,869.97**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Credit card purchases
Is the claim subject to offset? ■ No ☐ Yes

**3.22** **Nonpriority creditor's name and mailing address**
**Bank of America**
**3558 James Ave N**
**Minneapolis, MN 55412-2438**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 0841

**As of the petition filing date, the claim is:** *Check all that apply.* **$41,288.46**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Credit card purchases
Is the claim subject to offset? ■ No ☐ Yes

**3.23** **Nonpriority creditor's name and mailing address**
**Bausch**
**12 Murphy Drive, Unit 4**
**Nashua, NH 03062**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,228.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.24** **Nonpriority creditor's name and mailing address**
**Beavers / Kerr**
**Fifth Third Bank**
**5050 Kingsley Drive**
**Cincinnati, OH 45227**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$473.13**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Credit card purchases
Is the claim subject to offset? ■ No ☐ Yes

**3.25** **Nonpriority creditor's name and mailing address**
**Beaverstate Dental, Inc**
**115 South Elliott Rd**
**Newberg, OR 97132**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,267.45**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.26** **Nonpriority creditor's name and mailing address**
**Bien Air**
**8861 Research Drive**
**Irvine, CA 92618**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,261.07**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**
Name

**3.27** **Nonpriority creditor's name and mailing address**
**Biotec, Inc**
**652 E. Main Ave.**
**Zeeland, MI 49464-1399**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$820.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.28** **Nonpriority creditor's name and mailing address**
**Blazer Products, Inc**
**88-90 Allen Blvd**
**Farmingdale, NY 11735**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$474.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.29** **Nonpriority creditor's name and mailing address**
**BonArt**
**550 Yorbita Rd**
**La Puente, CA 91744**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** For Noticing Purposes Only
Is the claim subject to offset? ■ No ☐ Yes

**3.30** **Nonpriority creditor's name and mailing address**
**Brandt Equipment**
**4461 Bronx Blvd.**
**Bronx, NY 10470-1496**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** For Noticing Purposes Only
Is the claim subject to offset? ■ No ☐ Yes

**3.31** **Nonpriority creditor's name and mailing address**
**Bravo! Building Services, Inc.**
**1260 Centennial Avenue**
**Piscataway, NJ 08854**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$192.09**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.32** **Nonpriority creditor's name and mailing address**
**Brewer**
**N88 W 13901 Main Street**
**Suite 100**
**Menomonee Falls, WI 53051**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$776.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.33** **Nonpriority creditor's name and mailing address**
**Buffalo Dental Manufacture Co**
**159 Lafayette Dr.**
**P.O. Box 678**
**Syosset, NY 11791-0678**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,304.97**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.34 | **Bulbworks, Inc**<br>**P.O. Box 586**<br>**Succasunna, NJ 07876**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$446.50** |
| 3.35 | **CAO Group**<br>**4628 W Skyhawk Drive**<br>**West Jordan, UT 84084**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$960.99** |
| 3.36 | **Capital One**<br>**PO Box 71083**<br>**Charlotte, NC 28272-1083**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 5282 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Credit card purchases<br>Is the claim subject to offset? ■ No ☐ Yes | **$70,220.33** |
| 3.37 | **Cefla North America, Inc**<br>**6125 Harris Technology Blvd**<br>**Charlotte, NC 28269**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$224.00** |
| 3.38 | **Centrix**<br>**P.O. Box 527**<br>**Stratford, CT 06615-0527**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$11,641.32** |
| 3.39 | **Chapman-Huffman**<br>**320 S.E. Brideford Blvd**<br>**Bend, OR 97702**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$210.00** |
| 3.40 | **Chase**<br>**PO Box 6294**<br>**Carol Stream, IL 60197-6294**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 9632 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Credit card purchases<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,982.47** |

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**
Name

3.41 **Nonpriority creditor's name and mailing address**
**CitiCard**
**PO Box 70166**
**Philadelphia, PA 19176-0166**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 7631

**As of the petition filing date, the claim is:** *Check all that apply.* **$33,833.18**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Credit card purchases
Is the claim subject to offset? ■ No ☐ Yes

3.42 **Nonpriority creditor's name and mailing address**
**Clik Tech, Inc**
**12281 N. 120th Street**
**Scottsdale, AZ 85259**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,353.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.43 **Nonpriority creditor's name and mailing address**
**Coltène/Whaledent Inc.**
**Department 781842**
**PO Box 78000**
**Detroit, MI 48278-1842**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$28,466.54**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.44 **Nonpriority creditor's name and mailing address**
**CONAMCO S.A. de C.V.**
**Medental Intl**
**3008 Palm Hill Dr**
**Vista, CA 92084**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,047.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.45 **Nonpriority creditor's name and mailing address**
**Consolidated Paper Group, Inc**
**P.O Box 51866**
**Bowling Green, KY 42104**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,623.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.46 **Nonpriority creditor's name and mailing address**
**Crosstex International**
**PO Box 74008664**
**Chicago, IL 60674-8664**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,797.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.47 **Nonpriority creditor's name and mailing address**
**Crown Delta Corporation**
**1520 Front Street**
**Yorktown Heights, NY 10598**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$257,266.77**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**
Name

3.48 **Nonpriority creditor's name and mailing address**
**Crown Seating**
**7300 South Tucson Way**
**Centennial, CO 80112**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$15,697.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.49 **Nonpriority creditor's name and mailing address**
**Curtis Marsh**
**9 Beechwood Rd**
**West Caldwell, NJ 07006**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$64.53**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.50 **Nonpriority creditor's name and mailing address**
**Cuting Edge Instrument, Inc**
**P.O. Box 715602**
**Columbus, OH 43271-5602**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$109.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.51 **Nonpriority creditor's name and mailing address**
**Danville Materials**
**2875 Loker Avenue E**
**Carlsbad, CA 92010**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,111.49**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.52 **Nonpriority creditor's name and mailing address**
**Darby Dental Supply LLC**
**PO Box 26582**
**New York, NY 10087-6582**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$129.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.53 **Nonpriority creditor's name and mailing address**
**DCI Fulfilment Solutions**
**361 E Water St**
**Gettysburg, PA 17325**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,336.21**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.54 **Nonpriority creditor's name and mailing address**
**DCI International**
**Dental Components LLC**
**Mail Stop 76**
**PO Box 4300**
**Portland, OR 97208**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,602.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**
Name

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.55 | **Dedeco International, Inc.**<br>**11617 State Route 97**<br>**Long Eddy, NY 12760-0244**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,011.87** |
| 3.56 | **Deepak / Keystone**<br>**480 S Democrat Road**<br>**Gibbstown, NJ 08027**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: For Noticing Purposes Only<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.57 | **DeLar**<br>**P.O. Box 226**<br>**Lake Oswego, OR 97034**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: For Noticing Purposes Only<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.58 | **DenMat**<br>**1017 W Central Ave**<br>**Lompoc, CA 93436**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$739.22** |
| 3.59 | **Dental Chair Adaptors**<br>**PO Box 818**<br>**Big Bear City, CA 92314**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: For Noticing Purposes Only<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.60 | **Dental Connections**<br>**114 41st Street**<br>**Brooklyn, NY 11232-3320**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,170.00** |
| 3.61 | **DentalEZ / Custom Air**<br>**301 Lindenwood Drive**<br>**Suite 100**<br>**Malvern, PA 19355**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$291.00** |

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**
Name

3.62 **Nonpriority creditor's name and mailing address**
**DentalEZ / Ramvac**
**301 Lindenwood Drive, Suite 100**
**Malvern, PA 19355**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$16,918.18**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.63 **Nonpriority creditor's name and mailing address**
**DentalEZ / Star Dental**
**301 Lindenwood Drive**
**Suite 100**
**Malvern, PA 19355**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,728.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.64 **Nonpriority creditor's name and mailing address**
**Dentamerica Inc**
**18688 E. San Jose Avenue**
**City of Industry, CA 91748**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$286.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.65 **Nonpriority creditor's name and mailing address**
**Denti Smart**
**1810 Industrial Park Drive**
**Suite A**
**Grand Haven, MI 49417**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$156.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.66 **Nonpriority creditor's name and mailing address**
**Dentonics,Inc**
**2833 Tophill Road**
**Monroe, NC 28110**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$708.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.67 **Nonpriority creditor's name and mailing address**
**Dentsply Caulk**
**Dentsply International Inc.**
**Dept. DNA**
**P.O.Box 822462**
**Philadelphia, PA 19182-2462**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$124,935.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.68 **Nonpriority creditor's name and mailing address**
**Dentsply Maillefer**
**Dentsply Maillefer**
**Dept. TUL**
**P.O.Box 822462**
**Philadelphia, PA 19182-2462**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$24,780.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**
Name

3.69 **Nonpriority creditor's name and mailing address**
**Dentsply Midwest**
**Dentsply International Inc.**
**Dept. DNA**
**P.O.Box 822462**
**Philadelphia, PA 19182-2462**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$137.64**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.70 **Nonpriority creditor's name and mailing address**
**Dentsply Pharmaceutical**
**Dentsply International Inc.**
**Dept. DNA**
**P.O.Box 822462**
**Philadelphia, PA 19182-2462**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$15,126.68**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.71 **Nonpriority creditor's name and mailing address**
**Dentsply Professional**
**Dentsply International Inc.**
**Dept. DNA**
**P.O.Box 822462**
**Philadelphia, PA 19182-2462**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$111,357.82**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.72 **Nonpriority creditor's name and mailing address**
**Dentsply Rinn**
**Dentsply International Inc.**
**Dept. DNA**
**P.O.Box 822462**
**Philadelphia, PA 19182-2462**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,282.47**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.73 **Nonpriority creditor's name and mailing address**
**Dexis LLC**
**450 Commerce Drive**
**Quakertown, PA 18951**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,062.82**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.74 **Nonpriority creditor's name and mailing address**
**Dharma Research**
**5220 NW 72nd Avenue**
**Bay #15**
**Miami, FL 33166**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,737.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.75 **Nonpriority creditor's name and mailing address**
**Diadent Group International Inc**
**11-3871 North Fraser Way**
**Burnany BC V5J5G6**
**CANADA**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$899.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**
Name

3.76 **Nonpriority creditor's name and mailing address**
**Directa, Inc (ContacEZ)**
**PO Box 9004**
**Edgewood, NY 11717**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$635.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.77 **Nonpriority creditor's name and mailing address**
**Discover Bank**
**PO Box 70176**
**Philadelphia, PA 19176-0176**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 6555

**As of the petition filing date, the claim is:** *Check all that apply.* **$30,921.15**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Credit card purchases
Is the claim subject to offset? ■ No ☐ Yes

3.78 **Nonpriority creditor's name and mailing address**
**DMG America LLC**
**65 Challenger Road**
**Suite 340**
**Ridgefield Park, NJ 07660**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,837.55**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.79 **Nonpriority creditor's name and mailing address**
**Dri-Angle/ Dental Health Products**
**4600 Witmer Industrial Estates Road**
**Suite 8**
**Niagara Falls, NY 14305**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$537.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.80 **Nonpriority creditor's name and mailing address**
**E. C. Moore Company, Inc**
**13325 Leonard St**
**PO Box 353**
**Dearborn, MI 48121**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,037.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.81 **Nonpriority creditor's name and mailing address**
**EcoGuard,Inc**
**700 S Battleground Ave**
**#103**
**Grover, NC 28073**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$52,400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.82 **Nonpriority creditor's name and mailing address**
**Emerson Healthcare**
**PO Box 37835**
**Baltimore, MD 21297-7835**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,600.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**

**3.83** Nonpriority creditor's name and mailing address
**Enbio Corp**
**3535 Gravel Springs Rd**
**Suite 205**
**Buford, GA 30519**
Date(s) debt was incurred _
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.* **$0.00**
■ Contingent
■ Unliquidated
■ Disputed
Basis for the claim: For Noticing Purposes Only
Is the claim subject to offset? ■ No ☐ Yes

**3.84** Nonpriority creditor's name and mailing address
**Engle Dental Systems, LLC**
**7205 NW Evergreen PKWY**
**Suite 100**
**Hillsboro, OR 97124**
Date(s) debt was incurred _
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.* **$135.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.85** Nonpriority creditor's name and mailing address
**Essential Dental Systems, Inc**
**89 Leuning Street**
**South Hackensack, NJ 07606**
Date(s) debt was incurred _
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.* **$8,271.16**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.86** Nonpriority creditor's name and mailing address
**FedEx**
**P.O. Box 371461**
**Pittsburgh, PA 15250-7461**
Date(s) debt was incurred _
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.* **$1,413.18**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.87** Nonpriority creditor's name and mailing address
**Flight Dental Systems**
**21 Kenview Blvd #9**
**Brampton, ON T6T 5G7**
**CANADA**
Date(s) debt was incurred _
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.* **$197.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.88** Nonpriority creditor's name and mailing address
**FlossAid Corporation**
**PO Box 624**
**Santa Clara, CA 95052**
Date(s) debt was incurred _
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.* **$6,098.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.89** Nonpriority creditor's name and mailing address
**Flow X-Ray Corporation**
**Flow Dental Corporation**
**133 Wolf Road**
**Battleboro, NC 27809**
Date(s) debt was incurred _
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.* **$579.42**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**

Name

**3.90** **Nonpriority creditor's name and mailing address** — **Focus Global, 1057 Steeles Ave West, Suite 81691, North York ON M2R 2S0, CANADA**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,099.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

**3.91** **Nonpriority creditor's name and mailing address** — **Forest Dental, 301 Lindenwood Drive, Suite 100, Malvern, PA 19355**

**As of the petition filing date, the claim is:** *Check all that apply.* **$108,093.30**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

**3.92** **Nonpriority creditor's name and mailing address** — **G&H Orthodontics, G & H Wire Company, 2165 Earlywood Drive, Franklin, IN 46131**

**As of the petition filing date, the claim is:** *Check all that apply.* **$164.78**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

**3.93** **Nonpriority creditor's name and mailing address** — **GC America Inc., 3737 W. 127th St, Alsip, IL 60803**

**As of the petition filing date, the claim is:** *Check all that apply.* **$164,678.23**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

**3.94** **Nonpriority creditor's name and mailing address** — **George Taub Products, 277 New York Ave, Jersey City, NJ 07307**

**As of the petition filing date, the claim is:** *Check all that apply.* **$234.78**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

**3.95** **Nonpriority creditor's name and mailing address** — **Gill Mechanical Company, PO Box 24628, Eugene, OR 97402**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,311.10**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

**3.96** **Nonpriority creditor's name and mailing address** — **Gingi-Pak, 4825 Calle Alto, Camarillo, CA 93012**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,311.10**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**
Name

**3.97** **Nonpriority creditor's name and mailing address**
**Great Plains Dental Product, Inc**
**111 East A Avenue**
**P.O.Box 515**
**Kingman, KS 67068**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,035.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.98** **Nonpriority creditor's name and mailing address**
**Hager Worldwide**
**441 19th Street SE**
**Hickory, NC 28602**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,001.02**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.99** **Nonpriority creditor's name and mailing address**
**Headsets com**
**211 Austin St**
**San Francisco, CA 94109**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$165.99**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.100** **Nonpriority creditor's name and mailing address**
**Heartsmart.com / Phillips**
**P.O.Box 1301**
**New Milford, CT 06776**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,452.69**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.101** **Nonpriority creditor's name and mailing address**
**Hexa Dental**
**5211 E. Washington Blvd**
**Ste#2-201**
**Commerce, CA 90040**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$61.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.102** **Nonpriority creditor's name and mailing address**
**Holmes Dental Company**
**50 S. Penn Street**
**Hatboro, PA 19040**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$851.87**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.103** **Nonpriority creditor's name and mailing address**
**Hooker Sale Co. Inc.**
**PO Box 491333**
**Leesburg, FL 34749-1333**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,610.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**
Name

3.104 **Nonpriority creditor's name and mailing address**
**HPTC, Inc**
**20793 Farmington Road**
**Farmington, MI 48336**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,736.63**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.105 **Nonpriority creditor's name and mailing address**
**Hu-Friedy**
**29254 Network Place**
**Chicago, IL 60673-1292**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$46,070.87**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.106 **Nonpriority creditor's name and mailing address**
**IC Care**
**2652 McGaw Ave**
**Irvine, CA 92614**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$227.68**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.107 **Nonpriority creditor's name and mailing address**
**IDS**
**920 W. 84th Street**
**Hialeah, FL 33014**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,772.65**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.108 **Nonpriority creditor's name and mailing address**
**Integra LifeSciences Sales LLC.**
**P.O.Box 404129**
**Atlanta, GA 30384-4129**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,459.94**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.109 **Nonpriority creditor's name and mailing address**
**Isolate Systems**
**I 2 Air Fluid Innovations, Inc.**
**14 Valleywood Dr**
**Huntington Station, NY 11746**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,370.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.110 **Nonpriority creditor's name and mailing address**
**Ivoclar Vivadent**
**175 Pineview Drive**
**Amherst, NY 14228**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,554.24**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is | Basis for the claim | Subject to offset? | Amount |
|---|---|---|---|---|---|
| 3.111 | **J&J Instruments, LLC**<br>**1666 East Touhy Avenue**<br>**Des Plaines, IL 60018**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Trade debt | ■ No ☐ Yes | **$26,599.90** |
| 3.112 | **Jarahi International**<br>**P.O.Box 645**<br>**Lake Hopatcong, NJ 07849**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Trade debt | ■ No ☐ Yes | **$9,373.90** |
| 3.113 | **Jay H Katz**<br>**450 Seventh Ave, Suite 1308**<br>**New York, NY 10123**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Trade debt | ■ No ☐ Yes | **$880.00** |
| 3.114 | **Jazz Imaging**<br>**770 Charcot Ave**<br>**Suite 100**<br>**San Jose, CA 95131**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ■ Contingent ■ Unliquidated ■ Disputed | For Noticing Purposes Only | ■ No ☐ Yes | **$0.00** |
| 3.115 | **Johnson-Promident**<br>**PO Box 734047**<br>**Chicago, IL 60673-1257**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Trade debt | ■ No ☐ Yes | **$878.13** |
| 3.116 | **JR Rand Corporation**<br>**300 Buffalo Ave**<br>**Freeport, NY 11520**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Trade debt | ■ No ☐ Yes | **$964.80** |
| 3.117 | **KaVo Dental**<br>**11727 Fruehauf Drive**<br>**Charlotte, NC 28273**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Trade debt | ■ No ☐ Yes | **$17,282.55** |

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**
Name

3.118 **Nonpriority creditor's name and mailing address**
**Kerr**
**Kerr Corporation (Lockbox 14338)**
**540 W.Madison,4th Floor**
**Chicago, IL 60661**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$42,811.08**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.119 **Nonpriority creditor's name and mailing address**
**Keystone Industries**
**480 S. Democrat Road**
**Gibbstown, NJ 08027**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,817.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.120 **Nonpriority creditor's name and mailing address**
**Kinetic Instruments Inc**
**17 Berkshire Boulevard**
**Bethel, CT 06801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** **For Noticing Purposes Only**
Is the claim subject to offset? ■ No ☐ Yes

3.121 **Nonpriority creditor's name and mailing address**
**Kulzer, LLC**
**24646 Network Place**
**Chicago, IL 60673-1246**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$26,615.35**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.122 **Nonpriority creditor's name and mailing address**
**Kuraray America, Inc.**
**PO Box 123122**
**Dallas, TX 75312-3122**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$38,108.85**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.123 **Nonpriority creditor's name and mailing address**
**L&R Manufacturing**
**577 Elm Street**
**P.O Box 607**
**Kearny, NJ 07032-0607**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,532.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.124 **Nonpriority creditor's name and mailing address**
**L.L.Bean Inc.**
**Financial Accounting Services**
**PO Box 1847**
**Albany, NY 12201-1847**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,215.37**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**

Name

3.125 **Nonpriority creditor's name and mailing address**
**Larissa Kunin**
**Starr, Gern, Davison & Rubin PC**
**Attn: Bruce Pitman & Alona Magidova**
**105 Eisenhower Parkway, Suite 401**
**Roseland, NJ 07068**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** **For Noticing Purposes Only**
Is the claim subject to offset? ■ No ☐ Yes

3.126 **Nonpriority creditor's name and mailing address**
**Lexus Financial Services**
**PO Box 659820**
**San Antonio, TX 78265-9120**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **0549**

**As of the petition filing date, the claim is:** *Check all that apply.* **$23,903.79**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Credit card purchases**
Is the claim subject to offset? ■ No ☐ Yes

3.127 **Nonpriority creditor's name and mailing address**
**LG H&H USA, INC.**
**PO Box 894495**
**Los Angeles, CA 90189-4495**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,700.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.128 **Nonpriority creditor's name and mailing address**
**LumaLite, Inc.**
**2830 Via Orange Way**
**Suite B**
**Purchase, NY 10577**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$108.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.129 **Nonpriority creditor's name and mailing address**
**Luxury Card**
**PO Boz 13337**
**Philadelphia, PA 19101-3337**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **6236**

**As of the petition filing date, the claim is:** *Check all that apply.* **$32,905.66**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Credit card purchases**
Is the claim subject to offset? ■ No ☐ Yes

3.130 **Nonpriority creditor's name and mailing address**
**Madison Pension Services**
**Concierge Retirement Services Inc.**
**2500 Westchester Avenue, Suite 106**
**Purchase, NY 10577**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$677.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.131 **Nonpriority creditor's name and mailing address**
**Mainline Medical Dental Supplies**
**100-102 Rossdean Drive**
**New York ON M9L 2S1**
**CANADA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$24,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is | Amount |
|---|---|---|---|
| 3.132 | **Matthew E. Frisch, Esq.**<br>**Pashman Stein Walder Hayden PC**<br>**Court Plaza South, 21 Main St #200**<br>**Plainfield, NJ 07061**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: For Noticing Purposes Only<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.133 | **Maximum Dental**<br>**9 Branwood Drive**<br>**Dix Hills, NY 11746**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$162.68** |
| 3.134 | **MCC Modular &Custom Cabinets**<br>**10721 Keele Street N**<br>**PO Box 580**<br>**Maple ON L6A 1S5**<br>**CANADA**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$27,000.00** |
| 3.135 | **Medicom**<br>**AMD Medicom Inc.**<br>**6054 Shook Road**<br>**Suite 200**<br>**Lockbourne, OH 43137**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,887.40** |
| 3.136 | **Medtexx**<br>**Semperit Investments Asia Pte Ltd (SIA)**<br>**8 Jurong Town Hall Road**<br>**#12-05/06 JTC Summit 609434**<br>**SINGAPORE**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: For Noticing Purposes Only<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.137 | **Meisinger**<br>**10150 E. Easter Ave**<br>**Centennial, CO 80112**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$971.75** |
| 3.138 | **Metrex**<br>**Metrex Research LLC (Lockbox 14340)**<br>**540 W.Madison,4th Floor**<br>**Chicago, IL 60661**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$33,945.88** |

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**
Name

3.139 **Nonpriority creditor's name and mailing address**
**Microbrush International**
**25788 Network Place**
**Chicago, IL 60673-1257**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** For Noticing Purposes Only
Is the claim subject to offset? ■ No ☐ Yes

3.140 **Nonpriority creditor's name and mailing address**
**Microcopy**
**3120 Moon Station Rd**
**Kennesaw, GA 30144-2765**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,121.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.141 **Nonpriority creditor's name and mailing address**
**Microtech**
**3030 S. Fairview St, Suite A**
**Santa Ana, CA 92704**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** For Noticing Purposes Only
Is the claim subject to offset? ■ No ☐ Yes

3.142 **Nonpriority creditor's name and mailing address**
**Midmark**
**60 Vista Drive**
**Versailles, OH 45380**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$80,679.21**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.143 **Nonpriority creditor's name and mailing address**
**Mizzy / Keystone**
**480 S Democrat Road**
**Gibbstown, NJ 08027**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$413.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.144 **Nonpriority creditor's name and mailing address**
**Moore Medical LLC / McKesson**
**1690 New Britain Avenue**
**Farmington, CT 06032**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,462.21**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.145 **Nonpriority creditor's name and mailing address**
**MTI Dental Products**
**730 Airport Road**
**Unit 1**
**Lakewood, NJ 08701**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** For Noticing Purposes Only
Is the claim subject to offset? ■ No ☐ Yes

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**

3.146 **Nonpriority creditor's name and mailing address**
**Myco Medical**
**PO Box 896578**
**Charlotte, NC 28289-6578**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,860.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.147 **Nonpriority creditor's name and mailing address**
**NDC Inc.**
**402 BNA Drive, Suite 500**
**Nashville, TN 37217**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$230,718.27**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.148 **Nonpriority creditor's name and mailing address**
**NetSuite, Inc.**
**Celigo,Inc**
**Dept 0402**
**PO Box 120402**
**Dallas, TX 75312-0402**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,631.01**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.149 **Nonpriority creditor's name and mailing address**
**Noel's Installation LLC**
**5919 Summerdale Ave**
**Philadelphia, PA 19149**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** For Noticing Purposes Only
Is the claim subject to offset? ■ No ☐ Yes

3.150 **Nonpriority creditor's name and mailing address**
**Nordent Manufacturing Inc.**
**610 Bonnie Lane**
**Elk Grove Village, IL 60007**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,642.93**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.151 **Nonpriority creditor's name and mailing address**
**NSK America**
**1800 Global Parkway**
**Hoffman Estates, IL 60192**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,276.71**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.152 **Nonpriority creditor's name and mailing address**
**Ortech Controls**
**14739 Aurora Ave N UNIT 120**
**Seattle, WA 98133**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$48.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**
Name

3.153 **Nonpriority creditor's name and mailing address**
**OrthoQuest/Plak Smacker**
**PO Box 734362**
**Chicago, IL 60673**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$483.99**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.154 **Nonpriority creditor's name and mailing address**
**Pac-Dent, Inc**
**670 Endeavor Circle**
**Brea, CA 92821**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,453.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.155 **Nonpriority creditor's name and mailing address**
**Palmero Health Care**
**120 Goodwin Place**
**Stratford, CT 06615-6713**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,973.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.156 **Nonpriority creditor's name and mailing address**
**Parkell**
**300 Executive Drive PO Box 9004**
**Brentwood, NY 11717**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,314.04**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.157 **Nonpriority creditor's name and mailing address**
**Parker Hannfin Cor / Porter Instrument**
**7930 Collection Center Drive**
**Chicago, IL 60693**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,869.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.158 **Nonpriority creditor's name and mailing address**
**Parts Warehouse**
**309 Judson**
**Lynden, WA 98264**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.159 **Nonpriority creditor's name and mailing address**
**Pascal International, Inc**
**2929 NE Northup Way**
**Bellevue, WA 98004**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,670.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**
Name

3.160 **Nonpriority creditor's name and mailing address**
**PDT Inc**
**8275 Highway 10 West**
**PO Box 17980**
**Missoula, MT 59808**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,836.89**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.161 **Nonpriority creditor's name and mailing address**
**Pentron /Kerr Corp.**
**14338 Collection Center Drive**
**Chicago, IL 60693**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,574.04**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.162 **Nonpriority creditor's name and mailing address**
**Pinnacle**
**Pinnacle (Lockbox 14340)**
**540 W.Madison,4th Floor**
**Chicago, IL 60661**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,202.53**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.163 **Nonpriority creditor's name and mailing address**
**PIX**
**Minimax**
**133 Wolf Road**
**Battleboro, NC 27809**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,312.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.164 **Nonpriority creditor's name and mailing address**
**PKF O'Connor Davies,LLP**
**300 Tice Boulevard**
**Suite 315**
**Woodcliff Lake, NJ 07677**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.165 **Nonpriority creditor's name and mailing address**
**Plasdent Corporation**
**969 Price Street**
**Pomona, CA 91767**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$18,311.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.166 **Nonpriority creditor's name and mailing address**
**Polaroid Dental Imaging**
**8 Jay Court**
**Monsey, NY 10952**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** For Noticing Purposes Only
Is the claim subject to offset? ■ No ☐ Yes

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.167 | **Premier**<br>**PO Box 825429**<br>**Philadelphia, PA 19182-5429**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$24,013.00** |
| 3.168 | **Preventech**<br>**PO Box 1409**<br>**Indian Trail, NC 28079**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$19,847.00** |
| 3.169 | **ProEdge Dental Product**<br>**7042 S Revere Parkway, Suite 400**<br>**Centennial, CO 80112**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,056.00** |
| 3.170 | **Proma**<br>**730 East Kingshill Place**<br>**Carson, CA 90746-1392**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: For Noticing Purposes Only<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.171 | **ProxySoft Worldwide,Inc**<br>**17 C Trowbridge Drive**<br>**Bethel, CT 06801**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,585.50** |
| 3.172 | **Pulpdent Corp**<br>**P.O. BOX 780**<br>**Watertown, MA 02471-0780**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,138.55** |
| 3.173 | **PuraGraft**<br>**22001 Northpark Drive, Suite 700**<br>**Kingwood, TX 77339**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$87.95** |

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**
Name

3.174 **Nonpriority creditor's name and mailing address**
**Quality Aspirators**
**PO Box 382120**
**Duncanville, TX 75138**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$187.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.175 **Nonpriority creditor's name and mailing address**
**Quality Dental**
**42 Rutland Road**
**Hempstead, NY 11550**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$46,569.99**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.176 **Nonpriority creditor's name and mailing address**
**RAY America**
**400 Kelby St .Ste 1500**
**Fort Lee, NJ 07024**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** For Noticing Purposes Only
Is the claim subject to offset? ■ No ☐ Yes

3.177 **Nonpriority creditor's name and mailing address**
**Rebec**
**PO Box 658**
**Edmonds, WA 98020**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$685.61**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.178 **Nonpriority creditor's name and mailing address**
**Replacement Parts Industries, Inc**
**PO Box 713198**
**Chicago, IL 60677-0398**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$815.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.179 **Nonpriority creditor's name and mailing address**
**Revion Solutions Incorporated**
**184 South Livingston Ave**
**STE 9#306**
**Livingston, NJ 07039**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$329.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.180 **Nonpriority creditor's name and mailing address**
**Richmond Dental Company**
**Dept.720082**
**PO Box 1335**
**Charlotte, NC 28201-1335**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,739.56**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.181 | **Roydent**<br>**608 Rolling Hills Drive**<br>**Johnson City, TN 37604**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$11,176.20** |
| 3.182 | **Sable Industries Inc**<br>**100 Campbell Ave., Suite 5**<br>**Kitchener ON N2H 4X8**<br>**CANADA**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,373.32** |
| 3.183 | **Safe-Dent Enterprises LLC**<br>**4 Orchard Hill Drive**<br>**Monsey, NY 10952**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$49,437.75** |
| 3.184 | **Safe-Vac**<br>**6745 Elegante Way**<br>**San Diego, CA 92130**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: For Noticing Purposes Only<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.185 | **Sanford Levine & Sons**<br>**400 Rt 46 East**<br>**Fairfield, NJ 07004**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,621.11** |
| 3.186 | **SDI**<br>**1279 Hamilton Parkway**<br>**Itasca, IL 60143**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$17,912.81** |
| 3.187 | **Septodont**<br>**205 Granite Run Drive, Suite 150**<br>**Lancaster, PA 17601**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$54,673.71** |

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**

Name

**3.188 Nonpriority creditor's name and mailing address**
**Sergey Kunin**
**78 Weinmanns Blvd.**
**Wayne, NJ 07470**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$308,741.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Loan
Is the claim subject to offset? ■ No ☐ Yes

**3.189 Nonpriority creditor's name and mailing address**
**Sherman Specialty Company**
**300 Jericho Quadrangle**
**Suite 240 West**
**Jericho, NY 11753**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$9.54**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.190 Nonpriority creditor's name and mailing address**
**Shofu Dental Corporation**
**1225 Stone Drive**
**San Marcos, CA 92078-4059**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$28,687.63**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.191 Nonpriority creditor's name and mailing address**
**Solmetex**
**50 Bearfoot Road**
**Northborough, MA 01532**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,145.53**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.192 Nonpriority creditor's name and mailing address**
**South East Instruments, LLC**
**Pac-Dent**
**670 Endeavor Circle**
**Brea, CA 92821**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,566.14**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.193 Nonpriority creditor's name and mailing address**
**Southeast Medical Products, Inc**
**5524 Commerce Dr**
**Orlando, FL 32839**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,789.35**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.194 Nonpriority creditor's name and mailing address**
**Spring Health Products**
**705 General Washington Ave, Suite 701**
**Norristown, PA 19403**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,798.95**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**

3.195 **Nonpriority creditor's name and mailing address**
**SprintRay Inc.**
**3577 N Figueroa St**
**Los Angeles, CA 90065**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** For Noticing Purposes Only
Is the claim subject to offset? ■ No ☐ Yes

3.196 **Nonpriority creditor's name and mailing address**
**SS White Burs, Inc.**
**1145 Towbin Avenue**
**Lakewood, NJ 08701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,430.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.197 **Nonpriority creditor's name and mailing address**
**Strauss Diamond Instruments Inc.**
**9 Florida Park Drive N.**
**Palm Coast, FL 32137**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$763.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.198 **Nonpriority creditor's name and mailing address**
**Suburban Propane**
**PO Box J**
**Whippany, NJ 07981-0409**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$90.97**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.199 **Nonpriority creditor's name and mailing address**
**Summit Dental Systems**
**1280 SW 27 Avenue**
**Pompano Beach, FL 33069**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$314.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.200 **Nonpriority creditor's name and mailing address**
**Suni Medical Imaging**
**6840 Via Del Oro, Suite 160**
**San Jose, CA 95119**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** For Noticing Purposes Only
Is the claim subject to offset? ■ No ☐ Yes

3.201 **Nonpriority creditor's name and mailing address**
**Superior Handling Solutions**
**PO Box 257**
**Howell, NJ 07731-0257**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$181.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**

3.202 **Nonpriority creditor's name and mailing address**
**Superior Upholstery**
**2103 W Church St.**
**Orlando, FL 32805**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$414.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.203 **Nonpriority creditor's name and mailing address**
**Surgical Esthetics**
**19355 Business Center Drive Unit #8**
**Northridge, CA 91324**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,671.02**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.204 **Nonpriority creditor's name and mailing address**
**Surgical Specialties Corporation**
**1100 Berkshire Blvd, Suite 308**
**Wyomissing, PA 19610**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,558.69**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.205 **Nonpriority creditor's name and mailing address**
**SymplBrush**
**1562 1st Ave.**
**New York, NY 10028**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$380.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.206 **Nonpriority creditor's name and mailing address**
**Takara Belmont USA, Inc**
**PO Box 358141**
**Pittsburgh, PA 15251-5141**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,735.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.207 **Nonpriority creditor's name and mailing address**
**TD Bank**
**1701 Marlton Pike E**
**Cherry Hill, NJ 08003**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 6848

**As of the petition filing date, the claim is:** *Check all that apply.* **$48,085.95**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Credit card purchases
Is the claim subject to offset? ■ No ☐ Yes

3.208 **Nonpriority creditor's name and mailing address**
**Teal's Express, Inc.**
**PO Box 6010**
**Watertown, NY 13601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** For Noticing Purposes Only
Is the claim subject to offset? ■ No ☐ Yes

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**
Name

3.209 **Nonpriority creditor's name and mailing address**
**Temrex Corp.**
**300 Buffalo Ave**
**Freeport, NY 11520**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$641.18**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.210 **Nonpriority creditor's name and mailing address**
**TForce Freight**
**28013 Network Place**
**Chicago, IL 60673-1280**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$641.18**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.211 **Nonpriority creditor's name and mailing address**
**The Dental Repair Specialist, LLC**
**27 Arcturus Drive**
**Sewell, NJ 08080**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$80.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.212 **Nonpriority creditor's name and mailing address**
**The Hospitality Group Limited**
**Wilmslow Road Didsbury**
**Manchester M20 5WZ**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,389.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.213 **Nonpriority creditor's name and mailing address**
**Tokuyama Dental America Inc**
**740 Garden View Court, Suite 200**
**Encinitas, CA 92024**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,981.73**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.214 **Nonpriority creditor's name and mailing address**
**TPC Advanced Technology**
**851 S.Lawson Street**
**City of Industry, CA 91748**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,629.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.215 **Nonpriority creditor's name and mailing address**
**Tuttnauer**
**PO Box 23279**
**New York, NY 10087-3279**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,129.77**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**

**3.216 Nonpriority creditor's name and mailing address**
**UDM**
**608 Rolling Hills Drive**
**Johnson City, TN 37601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,042.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.217 Nonpriority creditor's name and mailing address**
**Uline**
**2200 S Lakeside Drive**
**Waukegan, IL 60085**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,277.83**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.218 Nonpriority creditor's name and mailing address**
**UMG Medical Imaging**
**28 Calvert Street**
**Harrison, NY 10528**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,770.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.219 Nonpriority creditor's name and mailing address**
**Unimed-Midwest, Inc**
**21875 Grenada Avenue**
**Lakeville, MN 55044**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** For Noticing Purposes Only
Is the claim subject to offset? ■ No ☐ Yes

**3.220 Nonpriority creditor's name and mailing address**
**ValuMax International, Inc**
**848 Hausmnan Road**
**Allentown, PA 18104**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,950.05**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.221 Nonpriority creditor's name and mailing address**
**Vaniman**
**140 N. Brandon Rd**
**Fallbrook, CA 92028**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** For Noticing Purposes Only
Is the claim subject to offset? ■ No ☐ Yes

**3.222 Nonpriority creditor's name and mailing address**
**Vatech America Inc.**
**2200 Fletcher Avenue**
**Suite 705A**
**Fort Lee, NJ 07024**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$145,897.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**

Name

3.223 **Nonpriority creditor's name and mailing address**
**Vector**
**69th Ave. West University**
**Tacoma, WA 98466**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,450.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.224 **Nonpriority creditor's name and mailing address**
**Vector R & D Inc.**
**6824 19th St. #230**
**University Place, WA 98466**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$120.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.225 **Nonpriority creditor's name and mailing address**
**Velopex International, Inc.**
**105 East 17th Street**
**Saint Cloud, FL 34769**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$498.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.226 **Nonpriority creditor's name and mailing address**
**Villa Radiology Systems**
**199 Park Road Ext.; Suite 107**
**Middlebury, CT 06762**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$125.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.227 **Nonpriority creditor's name and mailing address**
**Vista Dental Products**
**2200 South Street**
**Racine, WI 53404**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,644.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.228 **Nonpriority creditor's name and mailing address**
**VITA North America**
**22705 Savi Ranch Pkwy; Suite 100**
**Yorba Linda, CA 92887**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,616.96**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.229 **Nonpriority creditor's name and mailing address**
**W.B.Mason**
**W.B.Mason Co., Inc**
**PO Box 981101**
**Boston, MA 02298-1101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,227.94**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **IQ Dental Supply, LLC** Case number (if known) **23-21402 (SLM)**

3.230 **Nonpriority creditor's name and mailing address**
**Water Pik, Inc**
**P.O.Box 74008464**
**Chicago, IL 60674-8464**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,884.47**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.231 **Nonpriority creditor's name and mailing address**
**Xttrium Laboratories**
**1200 E Business Center Dr**
**Mount Prospect, IL 60056-6041**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$690.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.232 **Nonpriority creditor's name and mailing address**
**Young Denticator**
**Young Dental Manufacturing I,LLC**
**25787 Network Place**
**Chicago, IL 60673-1257**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,017.59**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.233 **Nonpriority creditor's name and mailing address**
**Zhermack, Inc**
**PO Box 4195**
**River Edge, NJ 07661-4195**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,734.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.234 **Nonpriority creditor's name and mailing address**
**Zirc Dental Products**
**3918 Hwy 55 SE**
**Buffalo, MN 55313**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,492.59**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
| --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **4,712,912.24** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **4,712,912.24** |