# Exhibit C

**IQ Dental Supply, LLC**
**23-21402 (SLM)**
**Liquidation Analysis as of June 30, 2024**

|  | Petition | as of 6/30/24 | % Recovery | Liquidation as of 6/30/24 |
|---|---:|---:|---:|---:|
| Cash on Hand | 131,964 | | | 150,000 |
| Equity in IQ Dental Education | 13,552 | | 0% | - |
| Equity in Alliance Dental | 5,668 | | 0% | - |
| Security Deposits | 30,300 | 30,300 | 0% | - |
| Vendor Prepayments | 64,164 | - | 0% | - |
| Prepaid Taxes | 277 | - | 0% | - |
| Prepaid Commissions | 451,995 | 451,995 | 0% | - |
| | | | | |
| Accounts Receivable <= 90 days | 1,820,186 | 1,466,022 | 55% | 806,312 |
| Accounts Receivable over 90 days | 533,978 | 533,978 | 45% | 240,290 |
| Inventory (1) | 7,579,627 | 7,000,000 | TBD | |
| Furniture & Equipment | 94,078 | 94,078 | 10% | 9,408 |
| Vehicles (2) | 161,982 | 161,982 | 111% | 179,300 |
| Proceeds from Liquidation of Assets | | | | 1,385,310 |
| | | | | |
| Post Petition Payables | | | | 569,769 |
| Chapter 11 Fees | | | | 64,400 |
| Chapter 7 Fees | | | | 175,000 |
| Chapter 7 Trustee Commissions | | | | 31,398 |
| | | | | 840,567 |
| | | | | |
| Amount Available for Creditors | | | | (25,025) |
| | | | | |
| Secured Claims - East West | | | | 3,351,652 |
| Secured Car Loans | | | | 31,189 |
| Chapter 11 Priority Claims | | | | 174,000 |
| Amount Available for Unsecured Creditors | | | | $ (3,581,866) |
| | | | | |
| Unsecured Claims | | | | 4,476,525 |
| | | | | -80% |

(1) The Debtor has retained A. Atkins to conduct an appraisal of the current inventory on hand.
(2) Based on Kelly Blue Book lowest priced model, standard options, black, good cond, average private sale